| | |
|---|---|
| PROVEST, LLC<br>320 CARLETON AVE, STE.2600<br>CENTRAL ISLIP, NY, 11722<br>(631) 666-6168 | MORELLI ALTERS RATNER PC<br>950 THIRD AVENUE<br>NEW YORK, NY 10022 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                     CASE # 13 CV 8365

ALEXANDRA BOYLE, TAYLOR MACKENZIE, AND SARAH ABBEY, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,
                                   Plaintiff,
                    v.                                                **AFFIDAVIT**
                                                                      **OF SERVICE**
KIND, LLC, A DELAWARE CORPORATION
                                   Defendant,

STATE OF NY    COUNTY OF KINGS

Ben Cohen being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of NY.

That on November 27, 2013 at 12:47 p.m., at 8 West 38th Street- 6th Floor New York, NY 10018, deponent served the within summons in a civil action and class action complaint with jury trial demanded bearing case # 13 CV 8365, filed on **KIND, LLC.**, defendant therein named,

**CORPORATION**

[X]    A corporation, by delivering thereat a true copy of each to **ELLE LANNING, SENIOR DIRECTOR OF COMMUNICATIONS**, personally; deponent knew said so served to be the corporation described as the named defendant and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follow:

| Sex | Skin Color | Hair Color | Age (Aprx) | Height (Aprx) | Weight (Aprx) |
|---|---|---|---|---|---|
| F | WHITE | BROWN | 34 | 5'4" | 130 |

USE IN NYC    The language required by NYCRR 2900.2(e), (f) & (h) was set forth
CIVIL CT.     on the face of said summons(es)

**MILITARY SERVICE**

[X]    I asked the person spoken to whether the defendant was in active military service of the United States or of the State of NY in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of NY or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON

**DEC 0 9 2013**

KAREN KANE
Notary Public, State of New York
No. 01KA6096127
Qualified in Nassau County
Commission Expires December 04, 2015

LICENSE # 1009104
FILE # KIND
CASE ID # 3824530