## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA BOYLE, TAYLOR
MACKENZIE, and SARAH ABBEY, on
behalf of themselves and all others similarly
situated,

                     Plaintiffs,

          v.

KIND, LLC,

                     Defendant.

**CASE NO. 13-CV-8365**

**SECOND AMENDED CLASS
ACTION COMPLAINT**

**JURY TRIAL DEMANDED**

Plaintiff Warren Cohn ("Plaintiff"), by and through his attorneys, makes the following allegations pursuant to the investigation of his counsel and based upon information and belief, except as to allegations specifically pertaining to himself and his counsel, which are based on personal knowledge, against Defendants KIND, LLC ("KIND"), General Nutrition Corporation ("GNC"), and Vitamin Shoppe Industries Inc. ("Vitamin Shoppe," and together with KIND and GNC, "Defendants").

## NATURE OF THE ACTION

1.      This is a class action lawsuit on behalf of purchasers of KIND nut-based candy bars in the United States.

2.      KIND bars uniformly represent that "[a] study from the Yale-Griffin Prevention Research Center indicates that eating two KIND bars a day helps prevent weight gain."  That representation is false and misleading.[1]

3.      In fact, the above-referenced study (the "Yale-Griffin Study" or the "Study") found **no difference** in weight gain between participants who ate two KIND bars a day and those who did not.  There was nothing in the Study's results that indicated "that eating two KIND bars a day helps prevent weight gain."[2]

4.      The Yale-Griffin Study, which was financed in 2008 by KIND's former affiliate, PeaceWorks Holdings LLC, tracked two groups of overweight adults for 8 weeks.  While participants in the "control" group were given no instructions at all, participants in the "intervention" group were instructed to consume KIND bars twice a day.  At the end of 8 weeks, the Study found that

> "Anthropometric measures (i.e. body mass index, weight and waist circumference) **did not improve** from baseline after consumption of fruit and nut snack bar compared to controls."

---

[1] KIND bars come in several varieties and flavors.  All contain the same false and misleading representation about the same study.

[2] A true and correct copy of the Yale-Griffin Study is attached hereto as Exhibit A.

Far from indicating that the KIND Bars helped prevent weight gain, the Study's authors concluded that "[t]he addition of two daily fruit and nut snack bars to habitual baseline diet **had no effect on body weight** ...."[3]

5.      The data from the Yale-Griffin Study at best showed that consumption of KIND Bars "did not cause weight gain," as its authors concluded.  But the fact that a product does not *cause* weight gain is distinguishable from whether it *prevents* weight gain, as Defendants represent.

6.      The Yale-Griffin Study is written in plain English.  No scientific or medical expertise is required to understand its data and conclusions.  There is no reasonable way to interpret the Study as supporting the above-referenced representation that KIND bars help prevent weight gain.

7.      In fact, the opposite is true.  Studies on the effects of chronic nut consumption on weight gain have shown that simply adding nuts to an individual's diet will cause an increase in weight gain.  For example, in 2002, one study showed an average weight gain of one kilogram (approximately 2.2 pounds) over eight weeks when subjects consumed large quantities of peanuts without otherwise modifying their diets.[4]  Notably, peanuts are the most plentiful ingredient in KIND bars.

8.      Moreover, the Yale-Griffin Study was fraught with design problems.  It only examined a decidedly small sample size of 94 people, of whom only 89 completed the study.  The study also involved only "overweight adults," and could not have indicated anything about individuals in the general public who are not overweight.  Yet, no such qualification appears on the KIND Bars' labeling.

9.      More importantly, because the Study did not keep track of its participants' caloric intake, its data are irrelevant to the determination of whether or not KIND Bars help prevent weight gain.  The only way one could conclude that KIND Bars help prevent weight gain from

---

[3] Emphasis added.

[4] *See* Alper et al., *Effects of Chronic Peanut Consumption on Energy Balance and Hedonics*, J. of Obesity, Volume 26, No. 8 at 1129-1137 (August 2002).  A true and correct copy of this study is attached hereto as Exhibit B.

the Study's data would be if the experimental group (which ate KIND Bars) had consumed more calories than the control group (which was unmonitored), but still did not show signs of weight gain. That was not done.

10.     This representation about the Yale-Griffin Study is central to Defendants' marketing of KIND bars, and it is a primary basis upon which consumers rely in purchasing KIND bars. The packaging for KIND bars prominently bears the slogan "Fill up without filling out!" And in a similar marketing effort, KIND sent out 2,000 New Year's greeting cards with KIND bars, stating, "eat 2 KIND bars a day, and lose weight."[5]

11.     Reference to the Study appears on the back of the KIND Bar wrapper, in a more prominent location than the nutrition information, which appears underneath the fold of the wrapper. Defendants know that consumers will rely on this representation in deciding to purchase KIND Bars over other similar bars made by competitors. That is the sole reason KIND funded the study and printed a (false and misleading) reference to it on the label.

12.     KIND bars are also sold in nutritional supplement retailers, including GNC and Vitamin Shoppe, specifically for their purported weight control benefits.

13.     By virtue of this misrepresentation, Defendants are able to sell KIND bars at a substantial premium over similar nut-based candy bars that do not contain this misrepresentation:

| Store | Product | Units Per Box | Price Per Box | Price Per Unit |
|---|---|---|---|---|
| Drugstore.com | KIND Bars[6] | 12 | $19.99 | $1.66 |
| Drugstore.com | Nature Valley Trail Mix Bars | 6 | $2.99 | $.50 |

14.     Plaintiff is a purchaser of KIND Bars who asserts claims on behalf of himself and similarly situated purchasers of KIND bars for violation of the Magnuson-Moss Warranty Act,

---

[5] *See*, http://blog.peaceworks.net/2009/01/yale-study-eating-kind-bars-helps-lose-weight/.

[6] The price for KIND bars listed in this table is the same for all varieties of KIND bars sold at Drugstore.com.

breach of express and implied warranties, violations of the consumer protection laws of New York, and unjust enrichment.

## PARTIES

15.     Plaintiff Warren Cohn is a citizen of New York who resides in Brooklyn, New York.  Mr. Cohn purchased KIND bars at both GNC and Vitamin Shoppe in Brooklyn, New York on many occasions since 2010.  Most recently, Mr. Cohn purchased KIND bars from GNC in or about May 2014.  He also purchased Kind Bars from Vitamin Shoppe in or about February 2014.  Prior to purchase, Mr. Cohn carefully read the KIND bars' labeling, including the statement that "[a] study from the Yale-Griffin Prevention Research Center indicates that eating two KIND bars a day helps prevent weight gain."  Mr. Cohn understood that this statement was endorsed by both GNC and Vitamin Shoppe.  Mr. Cohn believed this statement to be true, and relied on it in that he would not have purchased KIND bars at all, or would have only been willing to pay a substantially reduced price for KIND bars had he known that this representation was false and misleading.  Ms. Cohn also understood that in making the sales to him, GNC and Vitamin Shoppe impliedly warranted that KIND Bars were fit for the purpose of weight control.  Mr. Cohn consumed the KIND bars he purchased from GNC and Vitamin Shoppe, but they did not help prevent weight gain.

16.     Defendant KIND is a Delaware corporation with a principal place of business at 1372 Broadway, New York, NY  10018.  KIND is responsible for the manufacture, distribution, sales, and marketing of KIND bars in the United States.

17.     Defendant GNC is a Pennsylvania corporation with a principal place of business at 300 Sixth Ave., Pittsburgh, Pennsylvania  15222.  GNC advertises, promotes, distributes, and sells KIND bars to hundreds of thousands of consumers in United States.  GNC authorizes the false and misleading representation about KIND bars through its officers, directors, and agents.

18.     Defendant Vitamin Shoppe is a New York corporation with a principal place of business at 2101 91st St., North Bergen, NJ  07047.  Vitamin Shoppe advertises, promotes, distributes, and sells KIND bars to hundreds of thousands of consumers in United States.

Vitamin Shoppe authorizes the false and misleading representation about KIND bars through its officers, directors, and agents.

19.    Defendants GNC and Vitamin Shoppe are specialized sellers of nutritional supplements and sports nutrition products.  They do not sell regular snacks or other groceries at their stores.  The only food products they carry are those which are designed to provide specialized nutritional benefits.  The only reason consumers purchase KIND bars from these stores is for their purported weight control benefits.

20.    At all times relevant to the allegations in this matter, each Defendant acted in concert with, with the knowledge and approval of, and/or as the agent of the other Defendants within the course and scope of the agency, regarding the acts and omissions alleged.

## JURISDICTION AND VENUE

21.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(d) because there are more than 100 class members and the aggregate amount in controversy exceeds $5,000,000.00, exclusive of interest, fees, and costs, and at least one Class member is a citizen of a state different from one of the Defendants.

22.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because Defendants do business throughout this District.

23.    All conditions precedent necessary for filing this Second Amended Complaint have been satisfied and/or such conditions have been waived by the conduct of the Defendants.

## CLASS REPRESENTATION ALLEGATIONS

24.    Mr. Cohn seeks to represent a class defined as all persons in the United States who purchased KIND bars (the "Class").  Excluded from the Class are persons who made such purchase for purpose of resale.

25.    Mr. Cohn also seeks to represent a subclass defined as all Class members who purchased KIND bars from GNC (the "GNC Subclass"), and a subclass of all Class members who purchased KIND bars from Vitamin Shoppe (the "Vitamin Shoppe Subclass").

26.    Mr. Cohn also seeks to represent a subclass defined as all Class members who purchased KIND bars in New York (the "New York Subclass").

27.     Members of the Class and Subclasses are so numerous that their individual joinder herein is impracticable.  On information and belief, members of the Class and Subclasses number in the millions.  The precise number of Class members and their identities are unknown to Plaintiff at this time but may be determined through discovery.  Class members may be notified of the pendency of this action by mail and/or publication through the distribution records of Defendants and third party retailers and vendors.

28.     Common questions of law and fact exist as to all Class members and predominate over questions affecting only individual Class members.  Common legal and factual questions include, but are not limited to whether Defendants' labeling, marketing and promotion of the KIND bars is false and misleading.

29.     The claims of the named Plaintiff are typical of the claims of the Class in that the named Plaintiff was exposed to Defendants' false and misleading marketing and promotional materials and representations, purchased KIND bars, and suffered a loss as a result of that purchase.

30.     Plaintiff is an adequate representatives of the Class and Subclasses because his interests do not conflict with the interests of the Class members he seeks to represent, he has retained competent counsel experienced in prosecuting class actions, and he intends to prosecute this action vigorously.  The interests of Class members will be fairly and adequately protected by Plaintiff and his counsel.

31.     The class mechanism is superior to other available means for the fair and efficient adjudication of the claims of Class members.  Each individual Class member may lack the resources to undergo the burden and expense of individual prosecution of the complex and extensive litigation necessary to establish Defendants' liability.  Individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex legal and factual issues of this case.  Individualized litigation also presents a potential for inconsistent or contradictory judgments.  In contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court on the issue of

Defendants' liability.  Class treatment of the liability issues will ensure that all claims and claimants are before this Court for consistent adjudication of the liability issues.

## COUNT I

### Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, *et seq.*

32.     Plaintiff incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

33.     Plaintiff brings this claim individually and on behalf of members of the Class and Subclasses against all Defendants.

34.     KIND bars are consumer products as defined in 15 U.S.C. § 2301(1).

35.     Plaintiff and Class members are consumers as defined in 15 U.S.C. § 2301(3).

36.     Defendants are suppliers and warrantors as defined in 15 U.S.C. § 2301(4) and (5).

37.     In connection with the sale of the KIND bars, Defendants issued written warranties as defined in 15 U.S.C. § 2301(6), by representing that "[a] study from the Yale-Griffin Prevention Research Center indicates that eating two KIND bars a day helps prevent weight gain."

38.     In fact, KIND bars do not conform to the above-referenced representation because the Yale-Griffin Study found the consumption of KIND bars "had no effect on body weight."

39.     By reason of Defendants' breach of warranties, Defendants violated the statutory rights due to Plaintiff and Class members pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, *et seq.*, thereby damaging Plaintiff and Class members.

40.     Plaintiff and Class members were injured as a direct and proximate result of Defendants' breach because (a) they would not have purchased KIND Bars if they had known that the Yale-Griffin Study found the consumption of KIND bars "had no effect on body weight," and (b) they overpaid for KIND Bars because they are sold at a price premium when compared to similar products that do not contain this misrepresentation.

## COUNT II

### Breach Of Express Warranty

41.     Plaintiff incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

42.     Plaintiff brings this claim individually and on behalf of members of the Class and Subclasses against all Defendants.

43.     In connection with the sale of KIND Bars, Defendants, as the designers, manufacturers, marketers, distributors, and/or sellers issued written warranties by representing that "[a] study from the Yale-Griffin Prevention Research Center indicates that eating two KIND bars a day helps prevent weight gain."

44.     In fact, KIND bars do not conform to the above-referenced representation because the Yale-Griffin Study found the consumption of KIND bars "had no effect on body weight."

45.     Plaintiff and Class members were injured as a direct and proximate result of Defendants' breaches because (a) they would not have purchased KIND Bars if they had known that the Yale-Griffin Study found the consumption of KIND bars "had no effect on body weight," and (b) they overpaid for KIND Bars because they are sold at a price premium when compared to similar products that do not contain this misrepresentation.

## COUNT III

### Breach Of Implied Warranty Of Fitness For A Particular Purpose

46.     Plaintiff incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

47.     Plaintiff brings this claim individually and on behalf of members of the GNC Subclass and Vitamin Shoppe Subclass against GNC and Vitamin Shoppe.

48.     Defendants GNC and Vitamin Shoppe marketed, distributed, and/or sold KIND bars with the implied warranty that they were fit for the purpose of weight control.

49.     Plaintiff purchased KIND bars in reliance on this implied warranty.

50.     KIND bars were not altered by Plaintiff Cohn or Subclass members.

51.     As a direct and proximate cause of Defendants GNC and Vitamin Shoppe's breach of the implied warranty, Plaintiff and Subclass members have been injured and harmed because (a) they would not have purchased KIND Bars if they had known that KIND Bars were not fit for the purpose of weight control and (b) they overpaid for KIND Bars because they are sold at a price premium when compared to similar products that do not contain this implied warranty.

### COUNT IV

### Deceptive Acts Or Practices, New York Gen. Bus. Law § 349

52.     Plaintiff incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

53.     Plaintiff brings this claim individually and on behalf of members of the New York Subclass against all Defendants.

54.     By the acts and conduct alleged herein, Defendants committed unfair or deceptive acts and practices by making false representations on the labels of KIND bars.

55.     The foregoing deceptive acts and practices were directed at consumers.

56.     The foregoing deceptive acts and practices are misleading in a material way because they fundamentally misrepresent the results of the Yale-Griffin Study regarding KIND bars.

57.     Plaintiff and members of the New York Subclass were injured as a result because (a) they would not have purchased KIND Bars if they had known that the Yale-Griffin Study found the consumption of KIND bars "had no effect on body weight," and (b) they overpaid for KIND Bars because they are sold at a price premium when compared to similar products that do not contain this misrepresentation.

58.     On behalf of themselves and other members of the New York Subclass, Plaintiff seeks to enjoin the unlawful acts and practices described herein, to recover their actual damages or fifty dollars, whichever is greater, three times actual damages, and reasonable attorneys' fees.

## COUNT V

### False Advertising, New York Gen. Bus. Law § 350

59.     Plaintiff incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

60.     Plaintiff brings this claim individually and on behalf of members of the New York Subclass against all Defendants.

61.     Based on the foregoing, Defendants have engaged in consumer-oriented conduct that is deceptive or misleading in a material way which constitutes false advertising in violation of Section 350 of the New York General Business Law by misrepresenting the results of the Yale-Griffin Study on the labeling of KIND bars.

62.     The foregoing advertising was directed at consumers and was likely to mislead a reasonable consumer acting reasonably under the circumstances.

63.     This misrepresentation has resulted in consumer injury or harm to the public interest.

64.     As a result of this misrepresentation, Plaintiff and members of the New York Subclass have suffered economic injury because (a) they would not have purchased KIND Bars if they had known that the Yale-Griffin Study found the consumption of KIND bars "had no effect on body weight," and (b) they overpaid for KIND Bars because they are sold at a price premium when compared to similar products that do not contain this misrepresentation.

65.     On behalf of himself and other members of the New York Subclasses, Plaintiff seeks to enjoin the unlawful acts and practices described herein, to recover their actual damages or five hundred dollars, whichever is greater, three times actual damages, and reasonable attorneys' fees.

## COUNT VI

### Unjust Enrichment

66.     Plaintiff incorporates by reference and re-allege each and every allegation set forth above as though fully set forth herein.

67.    Plaintiff brings this claim individually and on behalf of members of the Class and Subclasses against all Defendants.

68.    Plaintiff and Class members conferred benefits on Defendants by purchasing KIND bars.

69.    Defendants have knowledge of such benefits.

70.    Defendants have been unjustly enriched in retaining the revenues derived from Plaintiff's and Class members' purchases of KIND bars.  Retention of those moneys under these circumstances is unjust and inequitable because Defendants misrepresented that the Yale-Griffin Study indicated that "eating two KIND bars a day helps prevent weight gain."

71.    Because Defendants' retention of the non-gratuitous benefits conferred on it by Plaintiff and Class members is unjust and inequitable, Defendants must pay restitution to Plaintiff and the Class members for their unjust enrichment, as ordered by the Court.

## RELIEF DEMANDED

72.    WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, seeks judgment against Defendants, as follows:

a.    For an order certifying the nationwide Classes and the Subclasses under Rule 23 of the Federal Rules of Civil Procedure and naming Plaintiff as representative of the Classes and Subclasses and Plaintiff's attorneys as Class Counsel to represent the Class and Subclass members;

b.    For an order declaring that Defendants' conduct violates the statutes referenced herein;

c.    For an order finding in favor of Plaintiff, the nationwide Classes, and the Subclasses on all counts asserted herein;

d.    For compensatory and punitive damages in amounts to be determined by the Court and/or jury;

e.    For prejudgment interest on all amounts awarded;

f.    For an order of restitution and all other forms of equitable monetary relief;

g.    For injunctive relief as pleaded or as the Court may deem proper; and

h.    For an order awarding Plaintiff and the Classes and Subclasses their reasonable attorneys' fees and expenses and costs of suit.

## JURY TRIAL DEMANDED

Plaintiff demands a trial by jury on all claims so triable.


Dated:  September 8, 2014                    Respectfully submitted,


MORELLI ALTERS RATNER (NEW YORK)
777 Third Avenue, 31st Floor
New York, New York 10017
Telephone:     (212) 751-9800
Facsimile:      (212) 751-0046

By: ___/s/_____
Benedict P. Morelli
bmorelli@morellialters.com
S.D.N.Y. Bar ID: BP6597
David S. Ratner
dratner@morellialters.com
S.D.N.Y Bar ID: DR7758
Adam Deutsch
adeutsch@morellialters.com
S.D.N.Y. Bar ID: AD8836
David Sirotkin
dsirotkin@morellialters.com
S.D.N.Y. Bar ID: DS4863



MORELLI ALTERS RATNER (MIAMI)
Miami Design District
4141 Northeast 2nd Avenue
Suite 201
Miami, Florida 33137
Telephone:     (305) 571-8550
Facsimile:      (305) 571-8558

Jeremy W. Alters
jalters@morellialters.com
Florida Bar No.: 111790
Matthew T. Moore
mmoore@morellialters.com
Florida Bar No.: 70034

BURSOR & FISHER, P.A.
Scott A. Bursor (SB1141)
Joseph I. Marchese (JM1976)
Yitzchak Kopel (YK5522)
Neal J. Deckant (ND1984)
888 Seventh Avenue
New York, NY 10019
Tel:  (212) 989-9113

Fax: (212) 989-9163
E-Mail:  scott@bursor.com
        jmarchese@bursor.com
        ykopel@bursor.com
        ndeckant@bursor.com

*Attorneys for Plaintiff*

**EXHIBIT A**

Journal of Human Nutrition and Dietetics

# RESEARCH PAPER

# The effect of the addition of daily fruit and nut bars to diet on weight, and cardiac risk profile, in overweight adults

A. Davidi,* J. Reynolds,* V. Y. Njike,* Y. Ma,* K. Doughty* & D. L. Katz*†

*Yale-Griffin Prevention Research Center, Derby, CT, USA
†Yale University School of Medicine, New Haven, CT, USA

**Keywords**
cardiac risk, fruit, nut, overweight, snack.

**Correspondence**
D. L. Katz, Yale-Griffin Prevention Research
Center, 130 Division Street, Derby, CT 06418,
USA.
Tel.: +1 203 732 1265
Fax: +1 203 732 1264
E-mail: katzdl@pol.net

doi:10.1111/j.1365-277X.2011.01201.x

## Abstract

**Background:** The frequency of unhealthful snacking has increased dramatically over the last three decades. Fruits and nuts have been shown to have positive health effects. No study has investigated the aggregate effects of various fruits combined with nuts in the form of snack bars on cardiovascular risk factors. The aim of this randomised trial was to investigate the effects of a fruit and nut snack bar on anthropomorphic measures, lipid panel and blood pressure in overweight adults.

**Methods:** Ninety-four overweight adults (body mass index $> 25$ kg m$^{-2}$) were randomly assigned to add two fruit and nut bars totalling 1421.9 kJ (340 kcal) to their *ad libitum* diet (intervention group) or to continue with their *ad libitum* diet (control group). Subjects underwent assessment for weight (primary outcome measure), as well as waist circumference, lipid panel and blood pressure (secondary outcome measures), before and at the end of the 8-week treatment.

**Results:** Weight did not change from baseline after snack bar addition compared to controls ($P = 0.44$). Waist circumference ($P = 0.69$), blood pressure (systolic, $P = 0.83$; diastolic, $P = 0.79$) and blood lipid panel (total cholesterol, $P = 0.72$; high-density lipoprotein, $P = 0.11$; total cholesterol/high-density lipoprotein, $P = 0.37$; triglycerides, $P = 0.89$; low-density lipoprotein, $P = 0.81$) also did not change from baseline compared to controls.

**Conclusions:** Two daily fruit and nut bars, totalling 1421.9 kJ (340 kcal), did not cause weight gain. The role of habitual snacking on nutrient dense and satiating foods on both weight over time, and diet quality, warrants further study. Satiating snacks rich in fibre may provide a means to weight stabilisation.

## Introduction

The global epidemic of adult and childhood obesity, along with its accompanying constellation of co-morbidities, is one of the most complex public health issues (Pi-Sunyer, 2009; Dixon, 2010). At present, the World Health Organization (WHO) estimates that more than one billion adults are overweight globally (World Health Organization, 2007). Thirty-four percent of American adults, on the other hand, meet the criteria for metabolic syndrome as defined

by National Cholesterol Education Program (NCEP/ATP III) (Centers for Disease Control, & National Center for Health Statistics, 2009). Visceral obesity, one of the hallmarks of metabolic syndrome, is accompanied by a plethora of metabolic perturbations that have an effect on cardiovascular disease (CVD) incidence independent of that of general obesity (Despres *et al.*, 2008; Dhaliwal & Welborn, 2009; Pataky *et al.*, 2009; Mathieu *et al.*, 2010). The root cause of obesity is energy imbalance: calories in outweigh calories out (Katz, 2011).

© 2011 The Authors
Journal of Human Nutrition and Dietetics © 2011 The British Dietetic Association Ltd. 2011 *J Hum Nutr Diet*

EXHIBIT B

Studies have shown that, in the last three decades, adults and children have experienced a substantial increase in snacking frequency (Piernas & Popkin, 2010a,b; Popkin & Duffey, 2010). Even though scientific evidence to date has yet to reach a conclusion regarding the contribution of this frequency on obesity, weight management and other health outcomes at large (Palmer *et al.*, 2009; Cameron *et al.*, 2010; Koletzko & Toschke, 2010), there is no doubt that the snacks consumed are primarily dense in calories and poor in nutrient quality (Van Horn, 2011).

Evidence from both epidemiological and randomised control trials, on the other hand, continues to highlight the positive health effects that are associated with nut consumption, as well as fruit and vegetable consumption. The Nurses Health Study (Hu *et al.*, 1998), the Physician's Health Study (Albert *et al.*, 2002), the Adventist Health Study (Fraser *et al.*, 1992) and the Iowa Women's Health Study (Ellsworth *et al.*, 2001) have all shown an association between nut consumption and reduced coronary heart disease risk, partly owing to the hypocholesterolemic properties of nuts. Long-term nut consumption is also associated with a lower risk of weight gain and obesity (Mattes *et al.*, 2008). Likewise, fruits and vegetables are rich in antioxidants, vitamins, and fibre, all of which have been shown to reduce CVD risk factors such as inflammation and oxidative stress (Liu *et al.*, 2000; Joshipura *et al.*, 2001; Dauchet *et al.*, 2004; He *et al.*, 2007; Watzl, 2008; Holt *et al.*, 2009; Polidori *et al.*, 2009). Furthermore, both nut and fruit and vegetable ingestion have also been associated with lower blood pressure (Dauchet *et al.*, 2007; Mirmiran *et al.*, 2009; Ros, 2009). Moreover, the fibre present in all these food categories has been shown to increase diet quality (Slavin, 2008) and reduce food intake (Kristensen & Jensen, 2011).

No study to date has investigated the aggregate effects of different kinds of fruits combined with nuts in the form of wholesome snack bars on cardiovascular risk factors. Given the current prevalence of metabolic syndrome in the USA, the increased levels of unhealthful snacking, and the fact that accumulating evidence is showing that a daily energy gap of as little as 418 kJ (100 kcal) can help prevent weight gain (Hill *et al.*, 2009), examination of healthful dietary strategies that succeed to increase satiety at lower energy levels would potentially be useful for preventing further obesity expansion. In response to the growing concern around the aforementioned conditions, the present randomised clinical trial was performed to investigate the effects of a fruit and nut snack bar on anthropomorphic measures, lipid panel and blood pressure in adults with increased weight circumference.

## Materials and methods

### Participants

Ninety-four overweight, but otherwise healthy men and women were recruited from the Lower Naugatuck Valley in Connecticut through flyers and newspaper advertisements. Those responding ($n = 159$) were prescreened using a semi-structured telephone interview. Inclusion criteria were: (i) men and women ages 18 years and greater; (ii) able to have blood pressure taken bilaterally; (iii) overweight with a body mass index (BMI) >25.0 kg m$^{-2}$; and (iv) one or more additional risk factors for insulin resistance: Abdominal obesity determined by waist circumference >102 cm (>40 inches) in men, >88 cm (>35 inches) in women; triglyceride level ≥150 mg dL$^{-1}$; high-density lipoprotein (HDL)-cholesterol < 40 mg dL$^{-1}$ in men, <50 mg dL$^{-1}$ in women, or blood pressure ≥130/≥85 mmHg; and fasting glucose ≥100 mg dL$^{-1}$.

Exclusion criteria included current eating disorder; known atherosclerotic vascular disease; restricted diet; allergy to any kind of nuts, including walnuts and peanuts; use of lipid-lowering or antihypertensive medications, unless stable on medication for at least 3 months; and age, gender and ethnically-adjusted HDL and low-density lipoprotein (LDL) levels, respectively, below the 10th percentile and above the 90th percentile. Those passing telephone screening ($n = 94$) underwent a clinical screening examination consisting of height, weight, BMI, blood pressure measurements and laboratory testing for fasting serum glucose and fasting lipid panel. The study protocol and consent form were approved by the Griffin Hospital (Derby, CT, USA) Institutional Review Board. Signed informed consent was obtained from all study participants, and all participants received monetary compensation for their participation. Subject participation and flow are shown in Fig. 1.

### Study design

The present study comprised a randomised, controlled trial designed to assess the effects of 8 weeks of daily consumption of two bars (80 g) of KIND Fruit and Nut Delight snack bars (KIND LLC, New York, NY, USA) on blood pressure, lipid panel and anthropometric measures (BMI and waist circumference) relative to a control condition in overweight subjects. Participants ($n = 94$) were randomised into either the control or the intervention group. Participants were randomised using a random number generated by SAS, version 9.1 (SAS Institute, Cary, NC, USA). Participants assigned to the intervention consumed two fruit and nut snack bars per day (Table 1). Participants were given an 8-week supply of snack bars

© 2011 The Authors
Journal of Human Nutrition and Dietetics © 2011 The British Dietetic Association Ltd. 2011 *J Hum Nutr Diet*

EXHIBIT B



**Figure 1** Flow of participants in the snack bar trial. HDL, high-density lipoprotein; LDL, low-density lipoprotein.

**Table 1** Nutrient content of study snack bars

| Intervention amount | Two bars (80 g) |
| --- | --- |
| Calories per two bars | 340 kcal (1421.9 kJ) |
| Amount per intervention serving | % Daily value |
| Total fat 22 g | 34% |
|    Saturated fat 3.0 g | 16% |
|    Trans fat 0 g | 0% |
| Cholesterol 0 g | |
| Sodium 50 mg | |
| Total carbohydrate 32 g | 10% |
|    Dietary fibre 6 g | |
|    Sugars 24 g | |
| Protein 10 g | |
| Almonds 22 g | |

Ingredients: mixed nuts (peanuts, almonds, Brazil nuts, walnuts), dried fruits [raisins, apricots, (apricot paste, glycerol (vegetable based), pectin, apple fiber, citric acid), dates], honey, glucose, puffed rice, linseed, chicory fibre, soy lecithin.

and were instructed to consume them as a snack or with a meal. Participants were also asked to fill out a log detailing their compliance to the intervention. At the end of the study, participants were asked to bring their empty packages. All subjects were encouraged to maintain their habitual *ad libitum* diet.

**Anthropometric measures**

To measure weight, participants were asked to remove their heavy outer garments (jacket, coat, etc.) and shoes,

and to stand in the centre of a platform with weight distributed evenly on both feet. BMI was calculated using the weight and height measurements. Waist circumference was measured at the umbilicus with a measuring tape surrounding the abdomen horizontal to the floor.

**Lipid panel**

Serum lipids consisting of total cholesterol (TC), HDL, LDL, triglycerides and TC/HDL ratio were conducted at the Griffin Hospital laboratory using the VITROS Chemistry Analyzer (Abbott Laboratories, Abbott Park, IL, USA) colorimetric method.

**Blood pressure**

Blood pressure was determined using the Datascope Accutorr Plus automatic digital blood pressure device (Datascope Corp., Mahwah, NJ, USA) with the subject in a supine position after a 5-min period of rest. Both systolic and diastolic blood pressures were calculated as the mean value of two readings, taken 5 min apart.

**Statistical analysis**

Study data was entered into Excel spreadsheets (Microsoft Corp, Redmond, WA, USA) and analysed using SPSS, version 15 (IBM, Endicott, NY, USA). Exploratory data analysis was carried out to assess descriptive statistics

**EXHIBIT B**

**Table 2** Summary of participant demographics and baseline values

| Variable | Control ($n = 45$) | Intervention ($n = 49$) | $P$ |
|---|---|---|---|
| Gender (%) | | | |
|   Female | 36 (80) | 38 (78) | 0.49 |
|   Male | 9 (20) | 11 (22) | |
| Age (years) | 54.8 (15.7) | 52.6 (13.0) | 0.47 |
| Anthropometric measures | | | |
|   Body mass index (kg m$^{-2}$) | 34.7 (5.3) | 32.7 (5.3) | 0.06 |
|   Weight (kg) | 94.6 (20.4) | 89.2 (17.3) | 0.18 |
|   Waist circumference (cm) | 109 (12.9) | 106 (12.4) | 0.23 |
| Lipid panel | | | |
|   Total cholesterol (mmol L$^{-1}$) | 5.0 (1.0) | 5.3 (0.9) | 0.22 |
|   High-density lipoprotein (mmol L$^{-1}$) | 1.5 (0.3) | 1.5 (0.4) | 0.59 |
|   Total cholesterol/high-density lipoprotein ratio | 3.6 (0.8) | 3.7 (0.9) | 0.51 |
|   Triglyceride (mmol L$^{-1}$) | 1.5 (1.0) | 1.5 (0.6) | 0.83 |
|   Low-density lipoprotein (mmol L$^{-1}$) | 2.9 (0.7) | 3.0 (0.8) | 0.31 |
| Blood pressure | | | |
|   Systolic blood pressure (mmHg) | 129.2 (12.8) | 125.9 (10.8) | 0.18 |
|   Diastolic blood pressure (mmHg) | 74.3 (9.1) | 75.6 (7.1) | 0.44 |

Values are the mean (SD), excpet for gender.

(mean, SD, range and normality) for each pertinent variable at baseline. Distributions of variables met criteria for analysis with parametric statistics.

Two samples *t*-tests were used to assess the between groups change from baseline in anthropometric measures, lipid panel and blood pressure. Paired samples *t*-tests were used to assess within groups change from baseline in all dependent outcome measures. The combined effects of independent variables and treatment assignment on anthropometric measures, lipid panel measures and blood pressure were measured with multivariable models using analysis of covariance.

All analyses of endpoints were based on the intention-to-treat principle. Using the principle of last observation carried forward, missing follow-up values were filled with the values that were collected closest to the time of dropout. Secondary analyses included tests to determine whether the interventions are effective for those subjects who completed the study (i.e. per-protocol analysis). In all analyses, $\alpha < 0.05$ (two-tailed) was considered statistically significant.

The sample size was determined to allow for approximately 10% attrition and noncompliance and to provide ≥80% power to detect a minimal weight loss difference of 1 kg between treatments with a maximum allowable type I error of 5%. Analysis was by intention-to-treat.

## Results

### Subjects

Ninety-four subjects participated in the study; 45 (48%) were enrolled in the control group and 49 (52%) in the intervention group. Of the 94 enrolled, 89 completed the study. Five subjects dropped out of the study; two from the control group and three from the intervention group (Fig. 1). The groups were balanced with respect to gender and age, and were also balanced in terms of baseline anthropometric measures, lipid panel levels and blood pressure (Table 2).

Anthropometric measures (i.e. body mass index, weight and waist circumference) did not improve from baseline after consumption of fruit and nut snack bar compared to controls ($P = 0.40$, 0.44 and 0.69, respectively) (Table 3).

Lipid panel levels (i.e. TC, HDL protein, TC/HDL ratio, LDL and triglycerides) also did not improve from baseline compared to controls ($P = 0.72$, 0.11, 0.37, 0.81 and 0.89, respectively) (Table 3).

The blood pressure (both systolic and diastolic) of the study participants did not change from baseline after the consumption of fruit and nut snack bar compared to controls ($P = 0.83$ and 0.79, respectively) (Table 3).

A combined effect of gender and age with treatment assignment on changes from baseline in all outcome measures was also not observed ($P > 0.05$).

## Discussion

The addition of two daily fruit and nut snack bars to habitual baseline diet had no effect on body weight, waist circumference, lipid panel and blood pressure in this sample of overweight adults with elevated waist circumference. The addition of 1421.9 kJ (340 kcal) per day from the snack bars produced no weight gain.

The findings pertaining to changes in anthropometric measures and blood pressure are consistent with the



EXHIBIT B

**Table 3** Summary of changes in outcome measures from baseline values

| Variable | Control (n = 45) | Intervention (n = 49) | P |
|---|---|---|---|
| Anthropometric measures | | | |
| Body mass index (kg m$^{-2}$) | −0.1 (0.6) | 0.0 (0.6) | 0.40 |
| Weight (kg) | −0.1 (1.5) | 0.1 (1.8) | 0.44 |
| Waist circumference (cm) | −0.7 (2.7) | −0.9 (3.2) | 0.69 |
| Lipid panel | | | |
| Total cholesterol (mmol L$^{-1}$) | 0.0 (0.4) | −0.0 (0.5) | 0.72 |
| High-density lipoprotein (mmol L$^{-1}$) | −0.0 (0.2) | −0.1 (0.2) | 0.11 |
| Total cholesterol/high-density lipoprotein ratio | 0.1 (0.5) | 0.1 (0.5) | 0.37 |
| Triglyceride (mmol L$^{-1}$) | 0.0 (0.4) | 0.0 (0.5) | 0.89 |
| Low-density lipoprotein (mmol L$^{-1}$) | 0.0 (0.4) | 0.0 (0.5) | 0.81 |
| Blood pressure | | | |
| Systolic blood pressure (mmHg) | −1.1 (8.9) | −0.6 (10.0) | 0.83 |
| Diastolic blood pressure (mmHg) | 0.5 (6.5) | 0.8 (6.2) | 0.79 |

Values are the mean ± SD.

results of previous trials (Bes-Rastrollo *et al.*, 2009; Casas-Agustench *et al.*, 2009), which demonstrated that increased fruit and nut consumption leads to little or no change in these measures. However, results pertaining to lipid panel changes are similar to those obtained in trials involving fruits and vegetables (Obarzanek *et al.*, 2001), as well as almonds, walnuts, pistachios and brazil nuts (Jenkins *et al.*, 2003; Sheridan *et al.*, 2007; Strunz *et al.*, 2008; Casas-Agustench *et al.*, 2009). At the same time, this findings of the present study are unlike those of other trials involving mixed nuts consumption (Djousse *et al.*, 2009; Martinez-Lapiscina *et al.*, 2009). Nevertheless, given that the composition of the snack bar used in the present study is unlike any of the ones utilised elsewhere in the literature, we conclude that these findings reflect the overall compositional uniqueness of the bar, and not that of its individual constituents.

The findings of no observed changes in anthropometric measures are in line with that of numerous epidemiological studies (Jiang *et al.*, 2002; Bes-Rastrollo *et al.*, 2007, 2009) and clinical studies (Fraser *et al.*, 2002; Hollis & Mattes, 2007; Sheridan *et al.*, 2007; Zaveri & Drummond, 2009; Ma *et al.*, 2010). One nonrandomised study investigating the effects of almond consumption in normoglycaemic patients found that the latter had slightly elevated body weights at the end of the intervention period (Lovejoy *et al.*, 2002). Apart from this study, the remaining studies conducted have consistently shown that nut consumption (irrespective of the type of nuts, or the amount that is consumed) is not associated with weight gain or with a higher BMI. According to the majority of the present evidence, fruit consumption appears to be inversely related to body weight (Lin & Morrison, 2002; Alinia *et al.*, 2009; Tetens & Alinia, 2009). Because fruit and nut snack bar is primarily made up of nuts (50% nuts and 30% fruits), and the latter are energy dense foods, there is

justified concern that weight gain would ensue post consumption. This in turn would exacerbate, rather than ameliorate, the cardiovascular risk burden of the population under investigation. However, the absence of observed weight gain in the present study suggests that energy compensation must have taken place. Possible mechanisms explaining the effects of fruit and nut snack bar consumption on body weight could be a result of the ability of nuts to increase energy expenditures at the same time as providing a high satiety and low metabolisable energy source (Mattes & Dreher, 2010). It is possible, that the satiating effect of nuts is partly attenuated by the dried fruits, given that the latter have a high satiety threshold. Even so, the anthropometric data obtained from the present study suggests that the net satiety impact of snack bars remains favourable.

The present study also revealed that fruit and nut snack bar consumption has no effect on altering systolic or diastolic blood pressure relative to the control group. To date, little consensus exists on the role of nuts on blood pressure because there are relatively few nut consumption studies that have evaluated this. Randomised clinical trials performed in individuals with metabolic syndrome (Jenkins *et al.*, 2003; Sheridan *et al.*, 2007; Casas-Agustench *et al.*, 2009) and epidemiological studies in healthy and overweight individuals (Djousse *et al.*, 2009; Martinez-Lapiscina *et al.*, 2009) support these findings. Nevertheless, two studies have shown that, when individuals at risk of CVD consume nuts as part of a Mediterranean diet or as part of a plant-based dietary portfolio, then significant reductions in blood pressure follow (Estruch *et al.*, 2006; Jenkins *et al.*, 2008). The interpretation of all these results is further compounded by the fact that all these studies employ differing amounts of various types of nuts.

Studies exploring the relationship of fruit intake alone on blood pressure, as opposed to joint fruit and vegetable

EXHIBIT B

intake, are indeed limited. Even so, evidence from epidemiological studies (Dauchet *et al.*, 2007; Tsubota-Utsugi *et al.*, 2010) and clinical trials (Chen *et al.*, 2010) (John *et al.*, 2002) appears to support the hypothesis that fruit and vegetable consumption positively impacts blood pressure regulation. Nevertheless, the absence of an observed positive change in blood pressure change in the present study could be related an absence of observed reductions in anthropometric measures. Equally, the small amounts of anti-hypertensive omega-3 fatty acids might also have contributed to this effect.

Finally, the present study showed that the introduction of fruit and nut snack bar to an *ad libitum* diet did not result in a significant change in serum lipid panel measures. Previous trials investigating the lipid modulating effects of nuts have resulted in mixed results. Some report no change in the lipid profiles (Banel & Hu, 2009; Casas-Agustench *et al.*, 2009; Phung *et al.*, 2009), whereas others report slight improvements for levels of triglycerides, TC, or LDL in normolipidemic or hypercholesterolaemic subjects (Jenkins *et al.*, 2002; Alper & Mattes, 2003; Sabate *et al.*, 2003; Gebauer *et al.*, 2008; Griel *et al.*, 2008). However, methodological nuances and the varying amounts of nuts used in these studies make cross-trial comparisons difficult. For example, one 12-week long feeding trial (Casas-Agustench *et al.*, 2009) used 30 g of raw nuts per day (15 g of walnuts, 7.5 g of almonds and 7.5 g of hazelnuts). Another nonrandomised 30-week cross-over intervention (Alper & Mattes, 2003) used a mean peanut ration of 89 g day$^{-1}$, and yet Gebauer *et al.* (2008) fed their subjects two differing doses of pistachios (32–63 or 63–126 g day$^{-1}$) depending on the subjects caloric level assignment in a randomised crossover 12-week long controlled feeding study. Similalrly, there exists little consensus on the impact of fruits on blood lipid profiles, mainly because this area remains largely unexplored (Williamson & Carughi; Djousse *et al.*, 2004; Rankin *et al.*, 2008; Puglisi *et al.*, 2009).

The cumulative impact of all the ingredients on the blood lipid components could be influenced by the varying levels of saturated fatty acids (SFAs), monounsaturated fatty acids (MUFAs) and polyunsaturated fatty acids (PUFAs) in nuts (Table 4). The impact of SFAs on serum LDL, HDL, TC and cholesterol/HDL ratio has been shown to be antagonistic to that of MUFAs or PUFAs (Ros & Mataix, 2006). Likewise, although omega-3 fatty acids are known to lower blood pressure and triglyceride levels as well as raise HDL and LDL levels (Bays *et al.*, 2008; Drexel, 2009), omega-6 fatty acids on the other hand are known to lower LDL levels (Lecerf, 2009; Preiss & Sattar, 2009; Saremi & Arora, 2009). The minimal amounts of omega-3 fatty acids in all the primary constituent nuts of fruit and nut snack bar, coupled with the high amounts of sugar, could have contributed to the

**Table 4** Summary of average fatty acid content of nuts found in study snack bars (grams per 100 g)

| Nuts | Total fat | SFA | MUFA | PUFA | LA | ALA |
|------|-----------|------|--------|--------|--------|-------|
| Peanuts | 51.45 | 6.889 | 31.395 | 10.768 | 10.535 | 0.190 |
| Almonds | 49.42 | 3.731 | 30.889 | 12.070 | 12.055 | 0.006 |
| Brazil nuts | 66.43 | 5.137 | 24.548 | 20.577 | 20.543 | 0.017 |
| Walnuts | 65.21 | 6.126 | 8.933 | 47.174 | 38.093 | 9.080 |

Data for dry roasted unsalted peanuts, raw almonds, dried unblanched Brazil nuts and English walnuts. Source: USDA (www.nal.usda.gov/fnic/foodcomp/search/ accessed 9 April 2010).
ALA, α-linolenic acid; LA, linoleic acid; MUFA, monounsaturated fatty acid; PUFA, polyunsaturated fatty acid; SUFA, saturated fatty acid.

neutral effects observed on the levels of triglyceride and HDL. Likewise, any LDL-lowering effects brought about by the amounts of linoleoc acid present, or the present raisins, could have been counterbalanced by that of SFAs as well as sugars (Francis *et al.*, 2009; Munstedt *et al.*, 2009).

Thus, the net lipid modulating impact of fruit and nut snack bar consumption is nondeleterious. Recipes with more omega-3 and/or MUFAs, and less sugar, might be expected to improve lipid profiles.

There are several limitations to the present study. The study sample size is small. Participants were mostly pooled from the Lower Naugatuck Valley area, which is a predominantly white region, thus limiting the generalisability of these results with respect to race. In addition, the participants were not requested to provide information detailing their dietary patterns. Nevertheless, because both groups adhered to *ad libitum* diets, this should approximate these findings to real world settings.

The consumption of two daily fruit and nut snack bars [totalling 1421.9 kJ (340 kcal)] for 2 months did not cause weight gain. Satiating snacks rich in fibre may provide a means for improving diet quality rather than increase total energy intake. Further studies of the effects of snacking on weight are warranted, with particular attention being paid to nutrient dense and satiating snack foods.

## Conflict of interests, source of funding and authorship

The authors declare no conflicts of interest.
Funding for this study was provided by the PeaceWorks, LLC and the Centers for Disease Control & Prevention (Grant#U48-CCU115802).
AD wrote the manuscript. JR analysed the data and critically reviewed the manuscript. VYN designed the project, interpreted the data, and critically reviewed the manuscript. YM collected data. KD was responsible for the primary oversight of study. DLK designed and supervised the study and critically reviewed the manuscript.

EXHIBIT B

A. Davidi *et al.*

The effect of the addition of daily fruit and nut bars to diet

## References

Albert, C.M., Gaziano, J.M., Willett, W.C. & Manson, J.E. (2002) Nut consumption and decreased risk of sudden cardiac death in the physicians' health study. *Arch. Intern. Med.* **162**, 1382–1387.

Alinia, S., Hels, O. & Tetens, I. (2009) The potential association between fruit intake and body weight – a review. *Obes. Rev.* **10**, 639–647.

Alper, C.M. & Mattes, R.D. (2003) Peanut consumption improves indices of cardiovascular disease in healthy adults. *J. Am. Coll. Nutr.* **22**, 133–141.

Banel, D.K. & Hu, F.B. (2009) Effects of walnut consumption on blood lipids and other cardiovascular risk factors: a meta-analysis and systematic review. *Am. J. Clin. Nutr.* **90**, 56–63.

Bays, H.E., Tighe, A.P., Sadovsky, R. & Davidson, M.H. (2008) Prescription omega-3 fatty acids and their lipid effects: physiologic mechanisms of action and clinical implications. *Expert Rev. Cardiovasc. Ther.* **6**, 391–409.

Bes-Rastrollo, M., Sabate, J., Gomez-Gracia, E., Alonso, A., Martinez, J.A. & Martinez-Gonzalez, M.A. (2007) Nut consumption and weight gain in a mediterranean cohort: the sun study (Silver Spring) **15**, 107–116.

Bes-Rastrollo, M., Wedick, N.M., Martinez-Gonzalez, M.A., Li, T.Y., Sampson, L. & Hu, F.B. (2009) Prospective study of nut consumption, long-term weight change, and obesity risk in women. *Am. J. Clin. Nutr.* **89**, 1913–1919.

Cameron, J.D., Cyr, M.J. & Doucet, E. (2010) Increased meal frequency does not promote greater weight loss in subjects who were prescribed an 8-week equi-energetic energy-restricted diet. *Br. J. Nutr.* **103**, 1098–1101.

Casas-Agustench, P., Lopez-Uriarte, P., Bullo, M., Ros, E., Cabre-Vila, J.J. & Salas-Salvado, J. (2011) Effects of one serving of mixed nuts on serum lipids, insulin resistance and inflammatory markers in patients with the metabolic syndrome. *Nutr. Metab. Cardiovasc. Dis.* **21**, 126–135.

Centers for Disease Control, & National Center for Health Statistics. (2009) Prevalence of metabolic syndrome among adults 20 years of age and over, by sex, age, race and ethnicity, and body mass index: United states, 2003–2006. Available at http://www.cdc.gov/nchs/data/nhsr/nhsr013.pdf (accessed on 5 August 2011).

Chen, S.T., Maruthur, N.M. & Appel, L.J. (2010) The effect of dietary patterns on estimated coronary heart disease risk: results from the dietary approaches to stop hypertension (dash) trial. *Circ. Cardiovasc. Qual. Outcomes* **3**, 484–489.

Dauchet, L., Ferrieres, J., Arveiler, D., Yarnell, J.W., Gey, F., Ducimetiere, P., Ruidavets, J.B., Haas, B., Evans, A., Bingham, A., Amouyel, P. & Dallongeville, J. (2004) Frequency of fruit and vegetable consumption and coronary heart disease in france and northern ireland: the PRIME study. *Br. J. Nutr.* **92**, 963–972.

Dauchet, L., Kesse-Guyot, E., Czernichow, S., Bertrais, S., Estaquio, C., Peneau, S. et al. (2007) Dietary patterns and

blood pressure change over 5-y follow-up in the su.Vi.Max cohort. *Am. J. Clin. Nutr.* **85**, 1650–1656.

Despres, J.P., Cartier, A., Cote, M. & Arsenault, B.J. (2008) The concept of cardiometabolic risk: bridging the fields of diabetology and cardiology. *Ann. Med.* **40**, 514–523.

Dhaliwal, S.S. & Welborn, T.A. (2009) Central obesity and multivariable cardiovascular risk as assessed by the framingham prediction score. *Am. J. Cardiol.* **103**, 1403–1407.

Dixon, J.B. (2010) The effect of obesity on health outcomes. *Mol. Cell. Endocrinol.* **316**, 104–108.

Djousse, L., Arnett, D.K., Coon, H., Province, M.A., Moore, L.L. & Ellison, R.C. (2004) Fruit and vegetable consumption and LDL cholesterol: the national heart, lung, and blood institute family heart study. *Am. J. Clin. Nutr.* **79**, 213–217.

Djousse, L., Rudich, T. & Gaziano, J.M. (2009) Nut consumption and risk of hypertension in US male physicians. *Clin. Nutr.* **28**, 10–14.

Drexel, H. (2009) Statins, fibrates, nicotinic acid, cholesterol absorption inhibitors, anion-exchange resins, omega-3 fatty acids: which drugs for which patients? *Fundam. Clin. Pharmacol.* **23**, 687–692.

Ellsworth, J.L., Kushi, L.H. & Folsom, A.R. (2001) Frequent nut intake and risk of death from coronary heart disease and all causes in postmenopausal women: the Iowa women's health study. *Nutr. Metab. Cardiovasc. Dis.* **11**, 372–377.

Estruch, R., Martinez-Gonzalez, M.A., Corella, D., Salas-Salvado, J., Ruiz-Gutierrez, V., Covas, M.I., Fiol, M., Gomez-Gracia, E., Lopez-Sabater, M.C., Vinyoles, E., Aros, F., Conde, M., Lahoz, C., Lapetra, J., Saez, G., Ros, E. & Investigators, P.S. (2006) Effects of a Mediterranean-style diet on cardiovascular risk factors: a randomized trial. *Ann. Intern. Med.* **145**, 1–11.

Francis, D.K., Van den Broeck, J., Younger, N., McFarlane, S., Rudder, K., Gordon-Strachan, G. et al. (2009) Fast-food and sweetened beverage consumption: association with overweight and high waist circumference in adolescents. *Public Health Nutr.* **12**, 1106–1114.

Fraser, G.E., Sabate, J., Beeson, W.L. & Strahan, T.M. (1992) A possible protective effect of nut consumption on risk of coronary heart disease. The adventist health study. *Arch. Intern. Med.* **152**, 1416–1424.

Fraser, G.E., Bennett, H.W., Jaceldo, K.B. & Sabate, J. (2002) Effect on body weight of a free 76 kilojoule (320 calorie) daily supplement of almonds for six months. *J. Am. Coll. Nutr.* **21**, 275–283.

Gebauer, S.K., West, S.G., Kay, C.D., Alaupovic, P., Bagshaw, D. & Kris-Etherton, P.M. (2008) Effects of pistachios on cardiovascular disease risk factors and potential mechanisms of action: a dose-response study. *Am. J. Clin. Nutr.* **88**, 651–659.

Griel, A.E., Cao, Y., Bagshaw, D.D., Cifelli, A.M., Holub, B. & Kris-Etherton, P.M. (2008) A macadamia nut-rich diet reduces total and LDL-cholesterol in mildly hypercholesterolemic men and women. *J. Nutr.* **138**, 761–767.

He, F.J., Nowson, C.A., Lucas, M. & MacGregor, G.A. (2007) Increased consumption of fruit and vegetables is related to a

EXHIBIT B

reduced risk of coronary heart disease: meta-analysis of cohort studies. *J. Hum. Hypertens.* **21**, 717–728.

Hill, J.O., Peters, J.C. & Wyatt, H.R. (2009) Using the energy gap to address obesity: a commentary. *J. Am. Diet. Assoc.* **109**, 1848–1853.

Hollis, J. & Mattes, R. (2007) Effect of chronic consumption of almonds on body weight in healthy humans. *Br. J. Nutr.* **98**, 651–656.

Holt, E.M., Steffen, L.M., Moran, A., Basu, S., Steinberger, J., Ross, J.A., Hong, C.P. & Sinaiko, A.R. (2009) Fruit and vegetable consumption and its relation to markers of inflammation and oxidative stress in adolescents. *J. Am. Diet. Assoc.* **109**, 414–421.

Hu, F.B., Stampfer, M.J., Manson, J.E., Rimm, E.B., Colditz, G.A., Rosner, B.A., Speizer, F.E., Hennekens, C.H. & Willett, W.C. (1998) Frequent nut consumption and risk of coronary heart disease in women: prospective cohort study. *BMJ* **317**, 1341–1345.

Jenkins, D.J., Kendall, C.W., Marchie, A., Parker, T.L., Connelly, P.W., Qian, W., Haight, J.S., Faulkner, D., Vidgen, E., Lapsley, K.G. & Spiller, G.A. (2002) Dose response of almonds on coronary heart disease risk factors: blood lipids, oxidized low-density lipoproteins, lipoprotein(a), homocysteine, and pulmonary nitric oxide: a randomized, controlled, crossover trial. *Circulation* **106**, 1327–1332.

Jenkins, D.J., Kendall, C.W., Marchie, A., Faulkner, D., Vidgen, E., Lapsley, K.G., Trautwein, E.A., Parker, T.L., Josse, R.G., Leiter, L.A. & Connelly, P.W. (2003) The effect of combining plant sterols, soy protein, viscous fibers, and almonds in treating hypercholesterolemia. *Metabolism* **52**, 1478–1483.

Jenkins, D.J., Kendall, C.W., Faulkner, D.A., Kemp, T., Marchie, A., Nguyen, T.H., Wong, J.M., de Souza, R., Emam, A., Vidgen, E., Trautwein, E.A., Lapsley, K.G., Josse, R.G., Leiter, L.A. & Singer, W. (2008) Long-term effects of a plant-based dietary portfolio of cholesterol-lowering foods on blood pressure. *Eur. J. Clin. Nutr.* **62**, 781–788.

Jiang, R., Manson, J.E., Stampfer, M.J., Liu, S., Willett, W.C. & Hu, F.B. (2002) Nut and peanut butter consumption and risk of type 2 diabetes in women. *JAMA* **288**, 2554–2560.

John, J.H., Ziebland, S., Yudkin, P., Roe, L.S., Neil, H.A. & Oxford Fruit and Vegetable Study Group. (2002) Effects of fruit and vegetable consumption on plasma antioxidant concentrations and blood pressure: a randomised controlled trial. *Lancet* **359**, 1969–1974.

Joshipura, K.J., Hu, F.B., Manson, J.E., Stampfer, M.J., Rimm, E.B., Speizer, F.E., Colditz, G., Ascherio, A., Rosner, B., Spiegelman, D. & willett, W.C. (2001) The effect of fruit and vegetable intake on risk for coronary heart disease. *Ann. Intern. Med.* **134**, 1106–1114.

Katz, D.L. (2011) Unfattening our children: forks over feet. *Int. J. Obes. (Lond.)* **35**, 33–37.

Koletzko, B. & Toschke, A.M. (2010) Meal patterns and frequencies: do they affect body weight in children and adolescents? *Crit. Rev. Food Sci. Nutr.* **50**, 100–105.

Kristensen, M. & Jensen, M.G. (2011) Dietary fibres in the regulation of appetite and food intake. Importance of viscosity. *Appetite* **56**, 65–70.

Lecerf, J.M. (2009) Fatty acids and cardiovascular disease. *Nutr. Rev.* **67**, 273–283.

Lin, B.H. & Morrison, R.M. (2002) Higher fruit consumption linked with lower body mass index. *Food Rev.* **25**, 28–32.

Liu, S., Manson, J.E., Lee, I.M., Cole, S.R., Hennekens, C.H., Willett, W.C. & Buring, J.E. (2000) Fruit and vegetable intake and risk of cardiovascular disease: the women's health study. *Am. J. Clin. Nutr.* **72**, 922–928.

Lovejoy, J.C., Most, M.M., Lefevre, M., Greenway, F.L. & Rood, J.C. (2002) Effect of diets enriched in almonds on insulin action and serum lipids in adults with normal glucose tolerance or type 2 diabetes. *Am. J. Clin. Nutr.* **76**, 1000–1006.

Ma, Y., Njike, V.Y., Millet, J., Dutta, S., Doughty, K., Treu, J.A. *et al.* (2010) Effects of walnut consumption on endothelial function in type 2 diabetic subjects: a randomized controlled crossover trial. *Diabetes Care* **33**, 227–232.

Martinez-Lapiscina, E.H., Pimenta, A.M., Beunza, J.J., Bes-Rastrollo, M., Martinez, J.A. & Martinez-Gonzalez, M.A. (2009) Nut consumption and incidence of hypertension: the sun prospective cohort. *Nutr. Metab. Cardiovasc. Dis.* **14**, 14.

Mathieu, P., Lemieux, I. & Despres, J.P. (2010) Obesity, inflammation, and cardiovascular risk. *Clin. Pharmacol. Ther.* **87**, 407–416.

Mattes, R.D. & Dreher, M.L. (2010) Nuts and healthy body weight maintenance mechanisms. *Asia Pac. J. Clin. Nutr.* **19**, 137–141.

Mattes, R.D., Kris-Etherton, P.M. & Foster, G.D. (2008) Impact of peanuts and tree nuts on body weight and healthy weight loss in adults. *J. Nutr.* **138**, 1741S–1745S.

Mirmiran, P., Noori, N., Zavareh, M.B. & Azizi, F. (2009) Fruit and vegetable consumption and risk factors for cardiovascular disease. *Metabolism* **58**, 460–468.

Munstedt, K., Hoffmann, S., Hauenschild, A., Bulte, M., von Georgi, R. & Hackethal, A. (2009) Effect of honey on serum cholesterol and lipid values. *J. Med. Food* **12**, 624–628.

Obarzanek, E., Sacks, F.M., Vollmer, W.M., Bray, G.A., Miller, E.R. III, Lin, P.H., Karanja, N.M., Most-Windhauser, M.M., Moore, T.J., Swain, J.F., Bales, C.W., Proschan, M.A. & Group, D.R. (2001) Effects on blood lipids of a blood pressure-lowering diet: the dietary approaches to stop hypertension (DASH) trial. *Am. J. Clin. Nutr.* **74**, 80–89.

Palmer, M.A., Capra, S. & Baines, S.K. (2009) Association between eating frequency, weight, and health. *Nutr. Rev.* **67**, 379–390.

Pataky, Z., Bobbioni-Harsch, E., Makoundou, V. & Golay, A. (2009) [enlarged waist circumference and cardiovascular risk factors]. *Rev. Med. Suisse* **5**, 671–672. 674–675.

Phung, O.J., Makanji, S.S., White, C.M. & Coleman, C.I. (2009) Almonds have a neutral effect on serum lipid profiles: a meta-analysis of randomized trials. *J. Am. Diet. Assoc.* **109**, 865–873.



EXHIBIT B

A. Davidi *et al.*                                                    The effect of the addition of daily fruit and nut bars to diet

Piernas, C. & Popkin, B.M. (2010a) Snacking increased among U.S. Adults between 1977 and 2006. *J. Nutr.* **140**, 325–332.

Piernas, C. & Popkin, B.M. (2010b) Trends in snacking among U.S. Children. *Health Aff. (Millwood)* **29**, 398–404.

Pi-Sunyer, X. (2009) The medical risks of obesity. *Postgrad. Med.* **121**, 21–33.

Polidori, M.C., Pratico, D., Mangialasche, F., Mariani, E., Aust, O., Anlasik, T., Mang, N., Pientka, L., Stahl, W., Sies, H., Mecocci, P. & Nelles, G. (2009) High fruit and vegetable intake is positively correlated with antioxidant status and cognitive performance in healthy subjects. *J. Alzheimer's Dis.* **17**, 921–927.

Popkin, B.M. & Duffey, K.J. (2010) Does hunger and satiety drive eating anymore? Increasing eating occasions and decreasing time between eating occasions in the united states. *Am. J. Clin. Nutr.* **91**, 1342–1347.

Preiss, D. & Sattar, N. (2009) Lipids, lipid modifying agents and cardiovascular risk: a review of the evidence. *Clin. Endocrinol. (Oxf.)* **70**, 815–828.

Puglisi, M.J., Mutungi, G., Brun, P.J., McGrane, M.M., Labonte, C., Volek, J.S. & Fernandez, M.L. (2009) Raisins and walking alter appetite hormones and plasma lipids by modifications in lipoprotein metabolism and up-regulation of the low-density lipoprotein receptor. *Metabolism* **58**, 120–128.

Rankin, J.W., Andreae, M.C., Oliver Chen, C.Y. & O'Keefe, S.F. (2008) Effect of raisin consumption on oxidative stress and inflammation in obesity. *Diabetes Obes. Metab.* **10**, 1086–1096.

Ros, E. (2009) Nuts and novel biomarkers of cardiovascular disease. *Am. J. Clin. Nutr.* **89**, 1649S–1656S.

Ros, E. & Mataix, J. (2006) Fatty acid composition of nuts – implications for cardiovascular health. *Br. J. Nutr.* **96**(Suppl 2), S29–S35.

Sabate, J., Haddad, E., Tanzman, J.S., Jambazian, P. & Rajaram, S. (2003) Serum lipid response to the graduated enrichment of a step I diet with almonds: a randomized feeding trial. *Am. J. Clin. Nutr.* **77**, 1379–1384.

Saremi, A. & Arora, R. (2009) The utility of omega-3 fatty acids in cardiovascular disease. *Am. J. Ther.* **16**, 421–436.

Sheridan, M.J., Cooper, J.N., Erario, M. & Cheifetz, C.E. (2007) Pistachio nut consumption and serum lipid levels. *J. Am. Coll. Nutr.* **26**, 141–148.

Slavin, J.L. (2008) Position of the american dietetic association: health implications of dietary fiber. *J. Am. Diet. Assoc.* **108**, 1716–1731.

Strunz, C.C., Oliveira, T.V., Vinagre, J.C., Lima, A., Cozzolino, S. & Maranhao, R.C. (2008) Brazil nut ingestion increased plasma selenium but had minimal effects on lipids, apolipoproteins, and high-density lipoprotein function in human subjects. *Nutr. Res.* **28**, 151–155.

Tetens, I. & Alinia, S. (2009) The role of fruit consumption in the prevention of obesity. *J. Hortic. Sci. Biotechnol.* ISAFRUIT (Special Issue), 47–51.

Tsubota-Utsugi, M., Ohkubo, T., Kikuya, M., Metoki, H., Kurimoto, A., Suzuki, K. *et al.* (2011) High fruit intake is associated with a lower risk of future hypertension determined by home blood pressure measurement: the ohasama study. *J. Hum. Hypertens.* **25**, 164–171.

Van Horn, L. (2011) What American kids are eating: obesity starts here. *J. Am. Diet. Assoc.* **110**, 1423.

Watzl, B. (2008) Anti-inflammatory effects of plant-based foods and of their constituents. *Int. J. Vitam. Nutr. Res.* **78**, 293–298.

Williamson, G. & Carughi, A. (2010) Polyphenol content and health benefits of raisins. *Nutr. Res.* **30**, 511–519.

World Health Organization. (2007) Obesity and overweight. Available at http://www.who.int/dietphysicalactivity/publications/facts/obesity/en/ (accessed on 5 August 2011).

Zaveri, S. & Drummond, S. (2009) The effect of including a conventional snack (cereal bar) and a nonconventional snack (almonds) on hunger, eating frequency, dietary intake and body weight. *J. Hum. Nutr. Diet.* **22**, 461–468.

EXHIBIT B

**EXHIBIT B**

International Journal of Obesity (2002) 26, 1129–1137
© 2002 Nature Publishing Group  All rights reserved  0307–0565/02  $25.00
www.nature.com/ijo



# PAPER

# Effects of chronic peanut consumption on energy balance and hedonics

CM Alper[1] and RD Mattes[1]*

[1]*Purdue University, Department of Foods and Nutrition, West-Lafayette, Indiana, USA*

**OBJECTIVE:** To investigate the effects of chronic peanut consumption on energy balance and hedonics.
**DESIGN:** Thirty-week, cross-over, intervention study. Participants were provided $2113 \pm 494$ kJ/day ($505 \pm 118$ kcal/day) as peanuts for 8 weeks with no dietary guidance (free feeding—FF), 3 weeks with instructions to add peanuts to their customary diet (addition—ADD) and 8 weeks where peanuts replaced an equal amount of other fats in the diet (substitution—SUB).
**SUBJECTS:** Fifteen, healthy, normal-weight (BMI of $23.3 \pm 1.8$) adults, aged $33 \pm 9$ y.
**MEASUREMENTS:** Dietary intake, appetitive indices, energy expenditure, body weight and hedonics.
**RESULTS:** During FF, peanut consumption elicited a strong compensatory dietary response (ie subjects compensated for 66% of the energy provided by the nuts) and body weight gain (1.0 kg) was significantly lower than predicted (3.6 kg; $P < 0.01$). When customary dietary fat was replaced with the energy from peanuts, energy intake, as well as body weight, were maintained precisely. Participants were unaware that body weight was a research focus. Resting energy expenditure was increased by 11% after regular peanut consumption for 19 weeks ($P < 0.01$). Chronic consumption of peanuts did not lead to a decline in pleasantness or hunger ratings for peanuts nor did it lead to any hedonic shift for selected snack foods with other taste qualities during any of the three treatments.
**CONCLUSIONS:** Despite being energy dense, peanuts have a high satiety value and chronic ingestion evokes strong dietary compensation and little change in energy balance.
*International Journal of Obesity* (2002) **26**, 1129–1137. doi:10.1038/sj.ijo.0802050

**Keywords:** peanuts; energy balance; body weight; hedonics

## Introduction

Diets containing nuts reduce coronary heart disease risk[1–3] predominantly through their lipid-lowering effect.[4] Yet, nuts are often avoided due to their high fat and energy content. In contrast to this concern, epidemiological evidence reveals a negative association between nut consumption and body weight.[1,2] Further, several experimental human feeding studies, involving a variety of nuts, have shown no change or reductions in body weight among nut consumers.[5–8]

In the United States, peanut (a legume) consumption is 2.6 kg/capita, roughly 2.5 times greater than all tree nuts combined (1 kg/capita).[9] However, there is limited quantitative data on the effects of peanut consumption on energy balance. The reported inverse association with body weight or body mass index (BMI) may be attributable to several mechanisms. First, peanuts hold strong satiety effects. They are energy dense, but are also rich sources of fiber and protein, both of which enhance satiety.[10–12] In an acute preload study, peanuts exerted a strong suppression of hunger and energy compensation.[12]

Second, earlier work demonstrated that whole peanuts are inefficiently absorbed.[13] When subjects were fed whole peanuts, 17.8% of dietary fat was excreted in the stool. In a chronic feeding study investigating the effects of high oleic peanuts on blood lipids, weight loss was observed, despite participants being asked to maintain their weight and activity level. They also had energy intakes comparable to a control group.[5] One explanation may involve poor absorption.

Third, peanuts may enhance energy expenditure. The highly unsaturated fatty acid composition of peanuts[14] and their protein content[15] may promote increased energy expenditure. Unsaturated fatty acids are preferentially

*Correspondence: RD Mattes, Professor of Foods and Nutrition, Purdue University, Department of Foods and Nutrition, 1264 Stone Hall, Room 212, West Lafayette, IN 47907-1264, USA.
E-mail: mattes@cfs.purdue.edu
Received 24 May 2001; revised 13 December 2001;
accepted 13 March 2002

Peanut consumption and energy balance
CM Alper and RD Mattes

1130

oxidized compared to saturated fatty acids.[16] In rats, oxygen consumption is significantly greater on a high safflower oil diet compared to a high beef tallow diet.[17] In humans, a high dietary polyunsaturated to saturated dietary fatty acid ratio can increase resting energy expenditure (REE) and diet-induced thermogenesis (DIT).[14]

To our knowledge, no study has directly investigated the effects of chronic peanut consumption on satiety, energy expenditure and body weight. The present study assessed the effects of daily peanut consumption on appetitive measures, dietary intake, body weight, REE and DIT in free-living adults enrolled in a three-arm cross-over study. The three treatments entailed adding peanuts to the customary diet, sub-stituting peanuts for fat in the diet and providing the peanuts with no dietary guidance.

Given the accumulating evidence of health promoting properties of nuts (peanuts), the question of whether their sensory appeal is maintained with daily ingestion warrants consideration. Repeated exposure to novel foods increases pleasantness ratings[18] while inconsistent responses have been noted with familiar foods.[19] This may depend, in part, on initial palatability or type of food.[19–21] Repeated consumption of a salty, high-fat snack (fries) did not diminish pleasantness ratings while a decline was noted after regular exposure to a sweet high fat snack (chocolate).[20] Thus, regular peanut consumption may lead to decreased acceptance due to monotony or, alternatively, hedonics may be preserved due to high initial acceptance or sensory profile. This study examined the effects of chronic peanut consumption on hedonic ratings for peanuts and other snack foods varying in their predominant taste qualities.

## Subjects and methods

### Subjects

Fifteen healthy adults (seven female and eight male), age $33 \pm 9$ y (mean $\pm$ s.d.), using no prescription medications reported to influence study variables were recruited by public advertisement. Subjects were of normal body weight (mean BMI $23 \pm 1.8$, body fat $24.3 \pm 8.5\%$) and had no recent history of weight change exceeding 2.3 kg (5 lb) within the prior 3 months. All were non-smokers and unrestrained eaters (score $< 14$ on the three factor eating questionnaire[22])

and were required to control the purchase and preparation of the majority of foods they consumed.

The study protocol was approved by the Committee on the Use of Human Research Subjects at Purdue University.

### Experimental design

Three treatment arms were sequentially assigned to ensure representation of all possible treatment orders. A schematic diagram of the study design is presented in Figure 1. The free-feeding (FF) arm was an 8 week trial where 50% of dietary fat energy, based on customary energy and fat intake, was provided to participants with instructions to consume pea-nuts daily at any time and in any manner they chose while the background diet was not controlled. No other dietary advice was provided. The addition (ADD) arm was a 3 week trial where 50% of dietary fat energy supplied by peanuts was added to a prescribed diet isocaloric to each participant's estimated customary energy and fat intake. Energy intake was estimated from REE measurements and physical activity level. Fat intake was estimated from a food frequency ques-tionnaire. The substitution (SUB) arm was an 8 week trial where participants decreased fat intake by 50% and this was replaced with an equivalent amount of fat from peanuts. Washout periods between each arm of the study were 4 weeks.

### Diets

During ADD and SUB, each subject received an individua-lized meal plan and an exchange booklet as a reference manual that specified portion sizes for exchanges. Diets were prescribed according to the American Dietetic Associa-tion Exchange list system.[23] The ADD diet supplied 34% energy from fat, 49% from carbohydrate and 17% from protein, yielding 41% energy from fat after including the test peanuts. The SUB diet required subjects to follow a low-fat diet based on 17% energy from fat, 49% from carbohy-drate and 17% from protein, yielding 34% energy from fat after inclusion of the fat from peanuts. Provision of peanuts amounted to an average of $89 \pm 21$ g/day or $2113 \pm 494$ kJ/day ($505 \pm 118$ kcal/day) for all arms.



**Figure 1** Schematic diagram of study design. Only one of six possible treatment orders is shown. Diet prescription occurred during addition and substitution (D). Diet recalls (R) were performed unannounced on random days on three separate occasions during baseline, free feeding, addition and substitution. Resting energy expenditure (REE) was measured at baseline, before and after free feeding and prior to each diet-induced thermogenesis (DIT) measurement. DIT was measured continuously for 4 h after subjects consumed 300 kcal of peanuts with 4 oz of water.

Peanut consumption and energy balance
CM Alper and RD Mattes

npg

1131

## Dietary assessment

Dietary intake was assessed by random 24 h recall telephone interviews. During baseline, participants were trained to estimate food portions with plastic food models and measuring cups for one week at home. Participants were called unannounced on three separate occasions during baseline and each treatment period. Adequacy of reported energy intake was evaluated according to the Goldberg cut-off limits for under-reporting (energy intake/measured REE below 0.92 for individuals).[24]

## Anthropometric measurements

Body weight was measured in the fasted state with participants in a hospital gown at weeks 1, 2, 3, 7, 11, 15, 18, 22, 26, 30 using a clinical scale (Scale-Tronix, White Plains, NY, USA). BMI was calculated as the ratio of body weight to body height squared ($kg/m^2$). Dual-energy X-ray absorptiometry (DEXA) was used to measure body composition at baseline as well as pre and post FF.

## Energy expenditure

REE and DIT were measured by indirect calorimetry using a metabolic cart (Sensormedics Vmax 29, SensorMedics Corporation, Yorba Linda, CA, USA) and a ventilated respiratory canopy. Analyzers were calibrated with room air and standard calibration gas mixtures (4% $CO_2$, 16% $O_2$, balance $N_2$ and 0% $CO_2$, 26% $O_2$, balance $N_2$). Energy expenditure was calculated based on the Weir equation (REE kcal/day = (3.94 ($VO_2$) + 1.106 (V $CO_2$) 1440)[25]). Participants were instructed to refrain from exercise the day before their appointment and to minimize activity in the morning of the measurement. After an overnight fast, subjects arrived in the laboratory and rested for at least 10 min on a hospital bed. REE measurements were performed in the supine position for approximately 45 min at baseline, before and after FF and prior to each DIT measurement (Figure 1). Data were recorded in 30 s intervals and averaged over the last 10 min of each REE measurement. Subjects were required to stay awake and minimize motion for the duration of the measurement. An individual activity factor[26] was applied to measured REE to determine daily energy requirements. DIT was measured during baseline and at the end of the entire 19 week trial under the same conditions as REE. Immediately after an REE measurement, subjects consumed 52.5 g (300 kcal) of peanuts with 4 oz of water within 10 min. This was followed by continuous gas exchange measurement for 4 h. Data were averaged at 30, 60, 90, 120, 150, 180, 210 and 240 min and were also expressed in absolute terms (kJ/240 min).

## Physical activity assessment

Subjects completed a 7 day physical activity questionnaire during baseline as well as before and after each treatment.[27] Participants recorded information about time spent sleeping and the intensity and duration of their physical activities by comparing their own activities to a provided list of activities at specified levels of intensity. Total energy expenditure was calculated from hours spent in sleep and in moderate, hard and very hard intensity physical activities. Time spent in light activities was obtained by subtraction.

## Appetitive ratings

Subjects completed a hunger questionnaire every hour they were awake for 24 h before and after each treatment. The day of the week that participants completed the questionnaire was held constant for that individual throughout the study. Responses for hunger were recorded on a nine-point category scale with anchors of 1 = not at all hungry and 9 = extremely hungry. Desire to eat, fullness and prospective consumption were rated on comparable scales.

## Hedonic assessment

Commercially available snack foods, including peanuts, presented in random order were rated for pleasantness on a nine-point category scale (1 = dislike extremely, 9 = like extremely) by all subjects before and after each treatment. Foods represented different predominant taste qualities (eg

**Table 1** Commercially available snack foods rated for pleasantness, frequency and preferred frequency, amount and preferred amount of consumption before and after each treatment

| Salty | Sweet | Sour | Bitter | High fat (> 10 g fat/serving) | Low fat (< 3 g fat/serving) |
|---|---|---|---|---|---|
| Corn chips and salsa | Chocolate/candy bar | Lemon drops | Black licorice | Almonds | Dates/raisins |
| Crackers | Cookies | Pickles | | Cashew nuts | Fresh fruit |
| Peanuts | Dates/raisins | | | Chocolate/candy bar | Jelly beans |
| Pistachio nuts | Doughnuts | | | Doughnuts | Marshmallows |
| Popcorn | Fresh fruit | | | Ice cream | Pretzels |
| Potato chips | Frozen yogurt | | | Macadamia nuts | Rice cakes |
| Pretzels | Ice cream | | | Peanuts | |
| Vegetables and dip | Jelly beans | | | Pecans | |
| | Marshmallows | | | Pistachio nuts | |
| | | | | Potato chips | |

1132

salty, sweet, sour, bitter) as well as low-fat ( < 3 g fat/serving) and high-fat categories ( > 10 g fat/serving; Table 1). To monitor changes in acceptability of these foods, subjects also recorded actual as well as preferred frequency (not at all to more than once a day) and amount of consumption.

### Compliance

***Erythrocyte membrane fatty acid analysis.*** Peanut consumption was monitored by comparing erythrocyte membrane fatty acid composition at baseline and after the 8 week SUB treatment (where diet was most tightly controlled) in six participants administered this treatment first (to avoid carry-over effects). A 5 ml fasting blood sample was collected into vacutainers with EDTA, the erythrocyte portion was separated from plasma by centrifugation and frozen at − 40°C. Erythrocyte membranes were prepared by hemolyzing the cells two times in deionized distilled water followed by centrifugation at $3000 g$ for 10 min at 4°C. The method of Lepage and Roy[28] was used to methylate the fatty acids. Fatty acid composition was determined by gas liquid chromatography using a 50 m capillary column with 0.25 mm inner diameter (CP-Sil 88, Varian Analytical Inst., Walnut Creek, CA, USA). The temperature of the oven was 150°C for 8 min and rose at the rate of 4°C/min to reach a final temperature of 200°C until the analysis was completed. The temperature of the injection port and the flame ionization detector was 300°C. Nitrogen was used as the carrier gas. Peaks were identified relative to authentic standards obtained from Supelco (Bellfonte, PA, USA) and Nu-Check-Prep (Elysian, MN, USA). The areas under the peaks were measured by integration (Shinadzu, Columbia, MD, USA). Data are expressed as percentages of total fatty acids.

To improve compliance, subjects were required to provide an unstimulated, 3 min saliva sample each time they visited the laboratory. They were informed that after completion of the study, all samples would be analyzed for a compound in the peanuts what would indicate their level of protocol compliance. For each sample indicating non-compliance, 5% of the total payment would be deducted when, in fact, such an analysis is not available and did not take place.

### Statistics

Treatment effects were tested by one-way and two-way repeated measures analysis of variance (ANOVA). *Post hoc* analyses were performed with paired *t*-tests. The Wilcoxon matched pairs test for non-parametric data was applied to analyze categorical data from hunger and food preference questionnaires. Reliability of the hunger questionnaire was assessed by Cronbach's α. Percentage dietary energy compensation during FF was calculated as ((baseline energy intake + 2135 kJ) − (FF energy intake)/2135 kJ) × 100. The criterion for statistical significance was set at $P < 0.05$. The Bonferroni correction for multiple comparisons was applied for the hunger and food preference questionnaire analyses.

Statistical analyses were performed with the SPSS software package, release 10.0.5 (SPSS Inc. Chicago, IL, USA).

## Results

### Compliance

Mean percentages of erythrocyte membrane fatty acids are presented in Figure 2. SFA decreased significantly from 41.0% at baseline to 36.4% at the end of SUB ($P < 0.05$, $n = 6$). During the same time period, the mean percentage of PUFA increased significantly from 33.5 to 40.6% ($P < 0.05$, $n = 6$). Differences in MUFA were not statistically significant. The ratio of unsaturated fatty acids to SFA increased significantly from 1.45 to 1.76 ($P < 0.05$, $n = 6$). Observed *vs* prescribed energy compensation for the energy intake supplied by the nuts was 56 *vs* 0% during ADD and 98 *vs* 100% during SUB.

### Dietary intakes

Evaluation of adequacy of reported energy intake did not reveal underreporting. Mean daily energy and macronutrient intakes are presented in Table 2.[29] During FF, total daily energy intake was significantly lower than predicted ($P < 0.05$). The mean energy compensation score was 66%. Eleven of 15 subjects reduced their free-feeding daily energy intake at least by 1255 kJ (300 kcal) to accommodate the additional energy provided by the test peanuts.

### Body weight

Mean body weight changes are shown in Figure 3. Theoretical weight gain, ie without dietary compensation was 3.6 kg over the 8 week FF study period. This is based on the



**Figure 2**   Mean percentage ($\pm$ s.e.m.) of erythrocyte membrane fatty acids of six healthy subjects who consumed 500 kcal of peanuts daily over 8 weeks on a low-fat diet (Substitution). Means with different letters are significantly different ($P < 0.05$).

**Table 2** Mean daily nutrient intakes from three random-day 24 h recalls[a]

|  | Baseline | Free feeding | Addition | Substitution |
|---|---|---|---|---|
| Energy (kJ/day) | 9570 ± 650 | 10 300 ± 680 | 10 490 ± 700 | 9600 ± 640 |
| (kcal/day) | 2290 ± 150 | 2460 ± 160 | 2510 ± 170 | 2300 ± 150 |
| Fat (% energy) | 30.8 ± 1.9[a] | 38.8 ± 1.2[b,c] | 38.8 ± 1.6[b,d] | 34.9 ± 1.6[b,d] |
| SFA | 10.6 ± 0.9[a] | 10.3 ± 0.6[a] | 9.9 ± 0.6[a] | 8.13 ± 0.5[b] |
| MUFA | 9.2 ± 0.8[a] | 13.4 ± 0.7[b] | 14.7 ± 1.1[b] | 12.9 ± 1.6[b] |
| PUFA | 4.5 ± 0.4[a] | 7.9 ± 0.5[b] | 8.4 ± 0.6[b] | 8.8 ± 0.5[b] |
| NFA lipid material | 6.4 ± 1.1 | 7.1 ± 1.0 | 5.7 ± 1.0 | 5.0 ± 0.6 |
| Cholesterol (mg/day) | 196.8 ± 23.6 | 177.6 ± 23.3 | 213.1 ± 23.1 | 173.3 ± 22.6 |
| Protein (% energy) | 13.7 ± 0.8[a] | 15.1 ± 0.7[c] | 17.0 ± 0.4[b,d] | 16.6 ± 0.6[b,d] |
| CHO (% energy) | 55.8 ± 2.1[a] | 48.1 ± 1.4[b] | 46.9 ± 1.7[b,c] | 51.0 ± 1.4[b,d] |
| Dietary fiber, g/day | 18.37 ± 2.2[a] | 26.29 ± 2.6[b] | 29.08 ± 2.4[b] | 28.4 ± 2.7[b] |
| α-TE (mg/day) | 5.87 ± 0.8[a] | 12.59 ± 1.0[b,c] | 15.58 ± 1.9[b] | 15.31 ± 1.4[b,d] |
| Folate (μg/day) | 318.5 ± 27[a] | 458.8 ± 39[b,c] | 565.2 ± 50[b,d] | 563.15 ± 46[b,d] |
| Magnesium (mg/day) | 260.1 ± 29[a] | 387.8 ± 34[b] | 433.7 ± 34[b] | 408.2 ± 36[b] |
| Copper (mg/day) | 1.06 ± 0.13[a] | 1.88 ± 0.16[b,c] | 2.17 ± 0.18[b,d] | 2.02 ± 0.17[b] |

[a]Values are mean ± s.e.m.; $n = 15$. Means with different letters are statistically significant ($P < 0.05$). SFA, saturated fatty acids; MUFA, monounsaturated fatty acids; PUFA, polyunsaturated fatty acids; NFA, non-fatty acid lipid material such as glycerol or sterols;[29] CHO, carbohydrate; α-TE, alpha tocopherol equivalents.

assumption that a daily mean energy surplus of 500 kcal yields an increment of 3500 kcal per week that equates to a 0.45 kg increase in body weight. Observed body weight gain (1.0 kg) was significantly lower than predicted from pretreatment to week 8 ($P < 0.01$). There was no significant change in body weight from pretreatment to week 4, however, a significant increase of 0.8 kg was observed from week 4 to week 8 ($P < 0.05$) during FF. Mean percentage of body fat increased from 24.6 to 25.2% from pretreatment to week 8 during FF, but this change was not statistically significant. During ADD observed body weight gain (0.6 kg) was significantly lower

than predicted (1.4 kg; $P < 0.05$), yet increased significantly from pretreatment to week 3 ($P < 0.05$). There was no change in body weight during SUB.

**Energy expenditure**

Figure 4 contains DIT data before incorporation of peanuts into the diet and after regular peanut consumption for 19 weeks. Two-way repeated measures ANOVA revealed no significant treatment or time effect for DIT. REE (Figure 5) was significantly greater by 11% after regular peanut consumption for 19 weeks compared to baseline ($P < 0.01$). This difference persisted after adjustment for body weight ($P < 0.01$).



**Figure 3** Mean changes (± s.e.m.) in body weight of 15 healthy subjects who consumed 500 kcal of peanuts daily over 8 weeks without restriction of the customary diet (Free-Feeding), over 3 weeks on an isocaloric diet (Addition) and over 8 weeks on a low-fat diet (Substitution). $P < 0.05$.



**Figure 4** Diet-induced thermogenesis before incorporation of peanuts into the diet and after regular peanut consumption for 19 weeks ($n = 15$). The test meal contained 52.5 g (300 kcal) of peanuts.



Peanut consumption and energy balance
CM Alper and RD Mattes

1134



**Figure 5** Resting energy expenditure before incorporation of peanuts into the diet and after regular peanut consumption for 19 weeks excluding wash-out periods ($n = 15$). Means with different letters are statistically significant ($P < 0.05$).

### Physical activity
Estimated energy expenditure from 7-day physical activity recalls was not significantly different during FF, ADD and SUB (data not shown).

### Appetitive ratings
There was no significant difference in mean hunger ratings during FF, ADD and SUB. Mean desire to eat, mean prospective consumption and mean fullness ratings also did not differ significantly during any treatment arm. The Cronbach's alpha reliability coefficient was 0.89 for hunger and desire to eat, 0.72 for hunger and prospective consumption and $-0.76$ for hunger and fullness ratings indicating good inter-item consistency, ie reliability of the measure.

### Hedonics
There were no significant differences in food preferences, actual and preferred frequency of consumption or actual and preferred amounts of snack foods characterized as predominantly sour, bitter, sweet, salty, high-fat or low-fat during any treatment arm. As expected, the frequency and amount of peanut consumption increased significantly during FF, ADD and SUB (all $P \leq 0.004$).

### Discussion
The results of the erythrocyte membrane fatty acid analysis confirm adherence to the dietary intervention. The utility of this method has previously been established.[6] In this study, both MUFA and PUFA were increased in the diet, thus no change in the ratio of these fatty acids was expected. Yet, an increased ratio of unsaturated to SFA in erythrocyte membranes was predicted and observed. The lack of an independent increase in MUFA may be due to the high baseline erythrocyte MUFA concentrations[30] in our subjects. Additionally, fasting serum magnesium concentrations (data reported elsewhere) increased significantly in 13 out of 15 participants during FF, reflecting dietary changes and indicating good compliance with the dietary intervention.[31]

During ADD, subjects reported difficulties with consumption of the prescribed diets and spontaneously commented on the high satiety value of the nuts. Thus, compared to baseline, energy intake of the background diet was reduced and energy addition was only 56% of the planned amount. During SUB, dietary compliance was nearly complete (98%) with respect to total energy intake. The intent was to replace 50% of customary dietary fat with the fat intake from peanuts. In practice, our free-living subjects increased their energy intake from fat by about 4% which was associated with a decrease in carbohydrate intake.

The Nurses Health study noted that women who ate nuts more frequently were leaner.[2] In a more homogenous group (with respect to education, health beliefs and diet) of Seventh Day Adventists, a statistically significant negative association was found between nut consumption and BMI.[1] Our findings do not indicate peanut consumption promotes weight loss, but they also pose limited risk for weight gain. In the FF arm, daily provision of 2100 kJ (500 kcal) peanuts over 8 weeks, without dietary restrictions, resulted in significantly lower body weight gain than predicted. In contrast to a theoretical body weight gain of 3.6 kg, weight remained very stable during the first 4 weeks of the experimental period (0.2 kg gain) followed by an average gain of 0.8 kg during the second 4 weeks. Whether the strong compensatory response will hold over longer time frames remains to be established.

The large caloric challenge (roughly twice the serving recommended by the food guide pyramid) was provided to maximize detection of treatment effects and may have made compensation especially difficult. Body weight changes in this study are also consistent with a chronic feeding study using a daily almond supplement of 2 oz (340 kcal). When no dietary advice was given to participants, mean body weight gain (0.4 kg) was less than predicted (1.1 kg) over 6 months.[32] As in our study, participants were unaware that body weight was a research focus.

The findings of this study suggest that dietary compensation is primarily responsible for the lack of predicted weight gain. Findings from a meta-analysis indicate there is a stronger compensatory dietary response for solid foods compared to liquids.[33] For solid foods, the mean compensatory score was 64%. Consistent with this finding, the present study observed a value of 66% for the peanuts. A compensation score of 30% was reported from an 8 week chronic feeding study that provided a daily caloric challenge comparable to that used here, but with pecans.[8] However, that study used self-recorded food records and noted an increase in energy intake of 2017 kJ (482 kcal) from baseline to week 2 while body weight decreased by 1 kg. Assuming there was no

marked change in energy expenditure, this raises questions about the self-reported intake values.

Strong dietary compensation may be due to the satiety inducing property of peanuts conveyed by their fiber, protein and energy content, as well as their solid food form. In an acute setting, peanut consumption has been reported to induce a strong satiety effect.[12] In the present study, during ADD, additional energy intake was only 44% of the prescribed level due, in part, to participant complaints that the peanuts were too filling. This experimental complication is not solely attributable to the energy value of the nuts. In another study, participants freely added a 1883 kJ (450 kcal) liquid supplement daily for 28 days without adjusting their self-selected background diet or complaints about satiety.[34] Cognitive influences could also contribute. Participants were non-restrained eaters, but may have consciously choosen to reduce their food intake to accommodate the additional energy provided by the peanuts.

One proposed mechanism underlying the relationship between nut consumption and negative energy balance is lipid malabsorption. The findings of this study do not support such a phenomenon from the peanuts. If lipids were poorly absorbed, participants should have lost weight during the isocaloric SUB condition. This was not the case. In fact, subjects precisely maintained their weight during SUB. Further, during ADD, the energy surplus was about 19330 kJ (4620 kcal) over the 3 weeks relative to baseline intakes. This translates to a theoretical increase in body weight of 0.6 kg. That change was in fact observed. Consistent with our findings another study reported when participants were fed 2261 kJ (636 kcal) of almonds daily for 4 weeks, substituting customary dietary fat with the fat from almonds, energy intake and body weight remained stable.[7]

A recent study showed[35] increased stool fat on a high almond diet over 4 weeks; however, the increment in fecal fat content (4.1%) was less than previously reported[13] using peanuts (17.8%). The greater degree of malabsorption in the latter is most likely due to the fact that fat intake was almost entirely derived from peanuts (76 of 80 g), as supposed to supplying only 50% energy from fat by almonds. Nevertheless, the losses in the almond study of 5.9 g (control *vs* high almond) of fat equaled 222 kJ (50 kcal) which represents a potential weight loss of 0.45 kg over 10 weeks. Over a longer time period, this level may be substantial, but was likely below the level of detectability in the 10 week study.

Despite instructions to maintain body weight a gradual and sustained weight loss was observed when subjects were placed on a low fat diet supplemented with high oleic peanuts compared to a low fat diet without peanuts.[5] The mean weight loss was 3 kg over 6 months; however, there was an increase of approximately 0.6 kg during the first month, followed by a decrease to 0.2 kg below baseline during the second month. Thus, it is possible that the 8 week intervention period in our study may have been to short to capture the effect of nut consumption on weight loss.

Elevation of energy expenditure may aid in the maintenance of energy balance with nut consumption. This may occur if consumption of nuts results in a diet higher in unsaturated fatty acids. In rats, high PUFA diets are associated with greater oxygen consumption compared to high SFA-high MUFA diets.[17] An effect of dietary fatty acid subclasses on energy expenditure has also been reported in humans.[14,36] When a high PUFA/SFA ratio diet was fed for 7 days, an increase in absolute DIT was observed.[36] In another study, significant increases in REE (3.6%) and DIT (22%) were observed after subjects consumed a high PUFA/SFA ratio diet for 14 days.[14] In each case, a meal with similar fatty acid composition to the background diet was consumed.

In this study, energy intake from PUFA and MUFA increased with peanut consumption while intake from SFA remained relatively stable. Thus the background diet, prior to the second DIT measurement, contained a relatively higher PUFA/SFA ratio compared to baseline. However, the meal composition on the day of the DIT measurements was identical. Therefore, compared to previous studies, the lack of effect on DIT with peanut consumption may be due to the fact that changes in the background diet alone, without corresponding changes in the fatty acid composition of the meal used to measure DIT, are insufficient to induce changes in DIT. However, modification of the background diet induced an 11% increase in REE. These findings are consistent with the notion that dietary fatty acid composition can influence indices of energy expenditure and this may play a role in the maintenance of energy balance with nut consumption.

Monotony has been demonstrated with acute[12,37] and long-term[19,21] exposures to a meal or food. This would predict a decline in pleasantness ratings with chronic peanut consumption. In an acute feeding study with peanuts, participants exhibited a reduced desire to consume the nuts.[12] However, repeated exposure to peanuts, in the present study, did not lessen hedonic ratings for peanuts. There is limited data on the development of monotony with long-term exposure. Earlier work has shown a decline in pleasantness ratings for selected meats and vegetables while ratings for cereals increased and sweet foods were highly variable, when subjects consumed a diet of 41 foods for 5 weeks.[19] Generally, foods with high initial baseline ratings remained palatable. Thus, the high baseline hedonic ratings (mean rating 7 out of 9) for peanuts in our study may have ameliorated a decline in pleasantness ratings with long-term exposure. Taste quality and macronutrient content may also influence the development of monotony. A recent repeat exposure study reported a decline in preference ratings with consumption of a sweet high-fat snack food (chocolate) for 15 days but no change with a salty high fat snack food (fries).[20] The peanuts used in this study were salty and high in fat which may have contributed to the observed stability of pleasantness ratings.

npg

1136

Chronic peanut consumption did not lead to hedonic shifts for sour, bitter, sweet, salty or high- or low-fat snack foods. This is in contrast to a study over 15 days, that reported an increase in preference ratings for sweet foods after repeat exposure to a salty food.[20] In our study, participants were provided with recipes and encouraged to incorporate peanuts into their background diet rather than consuming them in the laboratory as an isolated snack. This may have altered the strictly salty sensory experience from the nuts and account for the discrepancy with previously published results.

In summary, despite inclusion of approximately 500 kcal/day (90 g/day) as peanuts for 8 weeks, little change of body weight was observed. A combination of mechanisms may account for this finding. The predominant reason may be a strong compensatory dietary response due, in part, to the satiety-inducing property of peanuts. Findings from this study do not support a lipid malabsorption phenomenon, although this cannot be excluded since direct measures such as stool fat content were not examined. Elevated energy expenditure in the form of REE was observed and may also contribute to maintenance of energy balance. Hedonic ratings of peanuts remained high throughout the course of the study and no hedonic shifts of other snack foods were observed. This suggests increased chronic consumption of peanuts may be well tolerated and not alter the acceptability of other foods in the diet.

## Acknowledgements
We thank Dr A Awad at the University of Buffalo for biochemical analysis and Leslie Bormann for her technical assistance. Supported by US AID; subgrant no. RD309-022/4092094 (Peanut CRSP).

## References
1 Fraser GE, Sabate J, Beeson WL, Strahan TM. A possible protective effect of nut consumption on risk of coronary heart disease. The Adventist Health Study. *Arch Intern Med* 1992; **152**: 1416–1424.
2 Hu FB, Stampfer MJ, Manson JE, Rimm EB, Colditz GA, Rosner BA *et al*. Frequent nut consumption and risk of coronary heart disease in women: prospective cohort study. *Br Med J* 1998; **317**: 1341–1345.
3 Prineas RJ, Kushi LH, Folsom AR, Bostick RM, Wu Y. Walnuts and serum lipids. *New Engl J Med* 1993; **329**: 359–360.
4 Kris-Etherton PM, Pearson TA, Wan Y, Hargrove RL, Moriarty K, Fishell V *et al*. High-monounsaturated fatty acid diets lower both plasma cholesterol and triacylglycerol concentration. [See comments.] *Am J Clin Nutr* 1999; **70**: 1009–1015.
5 O'Byrne DJ, Knauft DA, Shireman RB. Low fat-monounsaturated rich diets containing high-oleic peanuts improve serum lipoprotein profiles. *Lipids* 1997; **32**: 687–695.
6 Berry EM, Eisenberg S, Haratz D, Friedlander Y, Norman Y, Kaufmann NA *et al*. Effects of diets rich in monounsaturated fatty acids on plasma lipoproteins—the Jerusalem Nutrition Study: high MUFAs vs high PUFAs. *Am J Clin Nutr* 1991; **53**: 899–907.
7 Spiller GA, Jenkins DA, Bosello O, Gates JE, Cragen LN, Bruce B. Nuts and plasma lipids: an almond-based diet lowers LDL-C while preserving HDL-C. *J Am Coll Nutr* 1998; **17**: 285–290.
8 Morgan WA, Clayshulte BJ. Pecans lower low-density lipoprotein cholesterol in people with normal lipid levels. *J Am Diet Assoc* 2000; **100**: 312–318.
9 Jones Putnam J, Allshouse JE. *Food consumption, prices and expenditures, 1970–1997*. Statistical Bulletin no. 965. Food and Rural Economics Division, Economic Research Service, US Department of Agriculture, 1999.
10 Burton-Freeman B. Dietary fiber and energy regulation. *J Nutr* 2000; **130**: 272S–275S.
11 Holt SH, Miller JC, Petocz P, Farmakalidis E. A satiety index of common foods. *Eur J Clin Nutr* 1995; **49**: 675–690.
12 Kirkmeyer SV, Mattes RD. Effects of food attributes on hunger and food intake. *Int J Obes Relat Metab Disord* 2000; **24**: 1167–1175.
13 Levine AS, Silvis SE. Absorption of whole peanuts, peanut oil, and peanut butter. *New Engl J Med* 1980; **303**: 917–918.
14 Marken Lichtenbelt WD, Mensink RP, Westerterp KR. The effect of fat composition of the diet on energy metabolism. *Z Ernahrungswiss* 1997; **36**: 303–305.
15 Swaminathan R, King RF, Holmfield J, Siwek RA, Baker M, Wales JK. Thermic effect of feeding carbohydrate, fat, protein and mixed meal in lean and obese subjects. *Am J Clin Nutr* 1985; **42**: 177–181.
16 Leyton J, Drury PJ, Crawford MA. Differential oxidation of saturated and unsaturated fatty acids in vivo in the rat. *Br J Nutr* 1987; **57**: 383–393.
17 Shimomura Y, Tamura T, Suzuki M. Less body fat accumulation in rats fed a safflower oil diet than in rats fed a beef tallow diet. *J Nutr* 1990; **120**: 1291–1296.
18 Pliner P. The effects of mere exposure on liking for edible substances. *Appetite* 1982; **3**: 283–290.
19 Schutz HG, Pilgrim FJ. A field study of food monotony. *Psychol Rep* 1958; **4**: 559–565.
20 Hetherington MM, Bell A, Rolls BJ. Effects of repeat consumption on pleasantness, preference and intake. *Br Food J* 2000; **102**: 507–521.
21 Rolls ET, de Waal AW. Long-term sensory-specific satiety: evidence from an Ethiopian refugee camp. *Physiol Behav* 1985; **34**: 1017–1020.
22 Stunkard AJ, Messick S. The three-factor eating questionnaire to measure dietary restraint, disinhibition and hunger. *J Psychosom Res* 1985; **29**: 71–83.
23 The American Dietetic Association. *Exchange lists for weight management*. The American Dietetic Association: Chicago, IL, 1995.
24 Goldberg GR, Black AE, Jebb SA, Cole TJ, Murgatroyd PR, Coward WA *et al*. Critical evaluation of energy intake data using fundamental principles of energy physiology: 1. Derivation of cut-off limits to identify under-recording. *Eur J Clin Nutr* 1991; **45**: 569–581.
25 Weir JB. New methods for calculating metabolic rate with special reference to protein metabolism. *J Physiol* 1949; **109**: 1–9.
26 National Research Council. *RDA*. 10th edn. National Academy of Sciences, 1989.
27 Sallis JF, Haskell WL, Wood PD, Fortmann SP, Rogers T, Blair SN *et al*. Physical activity assessment methodology in the Five-City Project. *Am J Epidemiol* 1985; **121**: 91–106.
28 Lepage G, Roy CC. Direct transesterification of all classes of lipids in a one-step reaction. *J Lipid Res* 1986; **27**: 114–120.
29 US Department of Agriculture, Agricultural Research Service. USDA Nutrient Database for Standard Reference, Release 13; www.nal.usda.gov/fnic/foodcomp, 1999.
30 Connor WE, Lin DS, Thomas G, Ey F, DeLoughery T, Zhu N. Abnormal phospholipid molecular species of erythrocytes in sickle cell anemia. *J Lipid Res* 1997; **38**: 2516–2528.
31 Alper CM, Mattes RD. Effects of chronic peanut consumption on body weight and serum lipid levels in humans. Federation of American Societies for Exp Biol J **15**(4), 2001.
32 Fraser G, Jaceldo K, Sabate J, Bennett H, Polehna P. Changes in body weight with a daily supplement of 340 calories from almonds for six months. *Fed Am Soc Exp Biol J* 1999; **13**: A539.



33  Mattes RD. Dietary compensation by humans for supplemental energy provided as ethanol or carbohydrate in fluids. *Physiol Behav* 1996; **59**: 179–187.

34  DiMeglio DP, Mattes RD. Liquid versus solid carbohydrate: effects on food intake and body weight. *Int J Obes Relat Metab Disord* 2000; **24**: 794–800.

35  Zemaitis J, Sabate J. Effect of almond consumption on stool weight and stool fat. *Fed Am Soc Exp Biol J* 2001; **15**: A602.

36  Jones PJ, Schoeller DA. Polyunsaturated : saturated ratio of diet fat influences energy substrate utilization in the human. *Metabolism* 1988; **37**: 145–151.

37  Vandewater K, Vickers Z. Higher-protein foods produce greater sensory-specific satiety. *Physiol Behav* 1996; **59**: 579–583.